B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New York Military Academy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**14-0921372** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**78 ACADEMY AVENUE**<br>**Cornwall on Hudson, NY**<br><div align="right">ZIP Code<br>**12520**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**New York Military Academy** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br><span>Signature of Attorney for Debtor(s)           (Date)</span> |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| :--- |
| **New York Military Academy** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| :--- | :--- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Lewis D. Wrobel**
Signature of Attorney for Debtor(s)

**Lewis D. Wrobel**
Printed Name of Attorney for Debtor(s)

**Lewis D. Wrobel, Esq.**
Firm Name

**201 South Avenue
Suite 506
Poughkeepsie, NY 12601**

Address

**Email: lewiswrobel@verizon.net**
**845-473-5411  Fax: 845-473-3430**
Telephone Number

**March  3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David B. Fields**
Signature of Authorized Individual

**David B. Fields**
Printed Name of Authorized Individual

**First Vice-President**
Title of Authorized Individual

**March  3, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **New York Military Academy**                                    Case No. _____
                              Debtor(s)                      Chapter      **11**      _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ADVANCED LEARNING GROUP LLC/ OBRIDGE ATTN PRESIDENT 340 MADISON AVE STE 1920 New York, NY 10173** | **ADVANCED LEARNING GROUP LLC/ OBRIDGE ATTN PRESIDENT 340 MADISON AVE STE 1920 New York, NY 10173** | **DEMAND NOTE/LOAN INTEREST UNKNOWN** | **Disputed** | **749,000.00** |
| **APPLEBAUM, CHARLES C/O TODD CONN 150 JOHN F KENNEDY PKWY 1ST FL Short Hills, NJ 07078** | **APPLEBAUM, CHARLES C/O TODD CONN 150 JOHN F KENNEDY PKWY 1ST FL Short Hills, NJ 07078** | **SUIT SETTLEMENT** | | **13,750.00** |
| **BLACKBAUD ATTN PRESIDENT PO BOX 930256 Atlanta, GA 31193-0256** | **BLACKBAUD ATTN PRESIDENT PO BOX 930256 Atlanta, GA 31193-0256** | **RENEWAL** | | **10,479.22** |
| **BOTTINI FUEL ATTN PRESIDENT PO BOX 1640 WAPPINGERS FALLS, NY 12590** | **BOTTINI FUEL ATTN PRESIDENT PO BOX 1640 WAPPINGERS FALLS, NY 12590** | **GOODS/SERVICES** | | **61,184.38** |
| **BRUNETTI FOUNDATION, THE ATTN PRESIDENT 1655 US HIGHWAY 9 Old Bridge, NJ 08857** | **BRUNETTI FOUNDATION, THE ATTN PRESIDENT 1655 US HIGHWAY 9 Old Bridge, NJ 08857** | **DEMAND NOTE/LOAN INTEREST CALCULATED THROUGH 2/28/15** | | **665,472.00** |
| **CENTRAL HUDSON ATTN PRESIDENT 284 SOUTH AVE DEPT 100 Poughkeepsie, NY 12601** | **CENTRAL HUDSON ATTN PRESIDENT 284 SOUTH AVE DEPT 100 Poughkeepsie, NY 12601** | **UTILITY** | | **91,369.17** |
| **CORBALLY GARTLAND & RAPPLEYEA 35 MARKET STREET Poughkeepsie, NY 12601** | **CORBALLY GARTLAND & RAPPLEYEA 35 MARKET STREET Poughkeepsie, NY 12601** | **LEGAL SERVICES** | | **133,270.69** |
| **CULINART ATTN PRESIDENT 175 SUNNYSIDE RD Plainview, NY 11803** | **CULINART ATTN PRESIDENT 175 SUNNYSIDE RD Plainview, NY 11803** | **FOOD SERVICE** | | **234,814.98** |

B4 (Official Form 4) (12/07) - Cont.

In re   **New York Military Academy**                                      Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| DIRECT ENERGY BUSINESS LLC ATTN PRESIDENT 1001 LIBERTY CENTER Pittsburgh, PA 15222 | DIRECT ENERGY BUSINESS LLC ATTN PRESIDENT 1001 LIBERTY CENTER Pittsburgh, PA 15222 | UTILITY | | 77,115.14 |
| IKEMOTO, TAKESHI BRANCHE 205 5-36-10 JINGUMAE SHIBAYA-KU TOKYO 150-001 JAPAN | IKEMOTO, TAKESHI BRANCHE 205 5-36-10 JINGUMAE SHIBAYA-KU TOKYO 150-001 JAPAN | PARENT REFUND | | 40,000.00 |
| LIBERTY ENVIRONMENTAL MGMT ATTN PRESIDENT 2629 ROUTE 302 Middletown, NY 10941 | LIBERTY ENVIRONMENTAL MGMT ATTN PRESIDENT 2629 ROUTE 302 Middletown, NY 10941 | SERVICES | | 6,591.20 |
| NEW YORK STATE INS FUND ATTN PRESIDENT PO BOX 5238 New York, NY 10008-5238 | NEW YORK STATE INS FUND ATTN PRESIDENT PO BOX 5238 New York, NY 10008-5238 | WORKERS COMPENSATION | | 7,760.50 |
| NYS UNEMPLOYMENT INSURANCE PO BOX 4301 Binghamton, NY 13902-4301 | NYS UNEMPLOYMENT INSURANCE PO BOX 4301 Binghamton, NY 13902-4301 | UNEMPLOYMENT | | 11,793.75 |
| PATTERSON BELKNAP ET AL ATTN PRESIDENT 1133 AVENUE OF THE AMERICAS New York, NY 10036-6710 | PATTERSON BELKNAP ET AL ATTN PRESIDENT 1133 AVENUE OF THE AMERICAS New York, NY 10036-6710 | LEGAL SERVICES | | 58,820.84 |
| PETRO PLUMBING & HEATING INC ATTN PRESIDENT 2989 US ROUTE 9W New Windsor, NY 12553 | PETRO PLUMBING & HEATING INC ATTN PRESIDENT 2989 US ROUTE 9W New Windsor, NY 12553 | GOODS/SERVICES | | 21,683.77 |
| PHILADELPHIA INS CO ATTN PRESIDENT PO BOX 70251 Philadelphia, PA 19176 | PHILADELPHIA INS CO ATTN PRESIDENT PO BOX 70251 Philadelphia, PA 19176 | INSURANCE PREMIUMS | | 10,065.17 |
| PRUSMAK, A JON 837 SHERRY DRIVE Valley Cottage, NY 10989 | PRUSMAK, A JON 837 SHERRY DRIVE Valley Cottage, NY 10989 | DEMAND NOTE/LOAN NO INTEREST | | 190,000.00 |
| QUEST ENVIRONMENTAL SOLUTIONS ATTN PRESIDENT PO BOX 546 Hopewell Junction, NY 12533 | QUEST ENVIRONMENTAL SOLUTIONS ATTN PRESIDENT PO BOX 546 Hopewell Junction, NY 12533 | 3 YEAR AHERA SURVEY PROCESS | | 11,318.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re __**New York Military Academy**__                                    Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **VAILS GATE LAUNDRY & DRY CLEAN**<br>**ATTN PRESIDENT**<br>**PO BOX 395**<br>**Vails Gate, NY 12584** | **VAILS GATE LAUNDRY & DRY CLEAN**<br>**ATTN PRESIDENT**<br>**PO BOX 395**<br>**Vails Gate, NY 12584** | **SERVICES** | | **6,398.20** |
| **WEINTRAUB BROTHERS COMPANY**<br>**ATTN PRESIDENT**<br>**2695 PHILMONT AVE**<br>**Huntingdon Valley, PA 19006** | **WEINTRAUB BROTHERS COMPANY**<br>**ATTN PRESIDENT**<br>**2695 PHILMONT AVE**<br>**Huntingdon Valley, PA 19006** | **GOODS PURCHASED** | | **9,455.50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the First Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __**March  3, 2015**__                    Signature    __**/s/ David B. Fields**__
                                                     **David B. Fields**
                                                     **First Vice-President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **New York Military Academy**                                    ,     Case No. _____

                                    Debtor        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 10,200,000.00 | | |
| B - Personal Property | Yes | 5 | 340,571.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 8,103,889.15 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 61,637.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 2,833,705.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 10,540,571.00 | | |
| Total Liabilities | | | | 10,999,232.46 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of New York

In re  **New York Military Academy**                                                            ,         Case No. _____
                                                      Debtor
                                                                                         Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **New York Military Academy**                              ,          Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK** | | - | 10,200,000.00 | 8,097,274.15 |

|  | Sub-Total > | **10,200,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **10,200,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **New York Military Academy** _____ ,   Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING AT JP MORGAN CHASE (OPERATING ACCOUNT) | - | 24,574.00 |
| | | | CHECKING AT JP MORGAN CHASE (PAYROLL ACCOUNT) | - | 0.00 |
| | | | CHECKING AT JP MORGAN CHASE (TENANT SECURITY ACCOUNT) | - | 6,050.00 |
| | | | CHECKING AT JP MORGAN CHASE (UNUSED PREPAID TUTION) | - | 50.00 |
| | | | CHECKING AT JP ORGAN CHASE (UNUSED PTA ACCOUNT) | - | 100.00 |
| | | | CHECKING AT JP MORGAN CHASE (UNUSED LOWER SCHOOL ACCOUNT) | - | 75.00 |
| | | | CHECKING AT BANK OF AMERICA (PREPAID TUTION ACCOUNT) | - | 24.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |

Sub-Total >        **30,873.00**
(Total of this page)

___4___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **New York Military Academy**                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **ACCOUNTS RECEIVABLE (STUDENT ACCOUNTS) OF THIS TOTAL, $130,000.00 IS DUE FROM CURRENT STUDENTS.  REMAINDER OF RECEIVABLES IS OLD DEBT WHICH IS NOT ANTICIPATED TO BE COLLECTED** | - | 309,698.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        **309,698.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **New York Military Academy**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PENDING LITIGATION:**<br>**NEW YORK MILITARY ACADEMY v NEW OPEN GROUP, OBRIDE GROUP LLC, OBRIDGE ACADEMY, OBRIDGE GROUP INT'L LLC, ADAVANCE LEARNING GROUP LLC, AND K-STONEWATER GROUP, LLC** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 TOYOTA COROLLA DX**<br>**145K MILES**<br>**POOR CONDITION** | - | **Unknown** |
| | | **1998 PLYMOUTH VOYAGER SE/EXP**<br>**VERY HIGH MILEAGE**<br>**POOR CONDITION**<br>**NOT CURRENTLY IN USE** | - | **Unknown** |
| | | **1999 THOMAS 50 PASSENGER SCHOOL BUS**<br>**49K MILES**<br>**GOOD CONDITION** | - | **Unknown** |

Sub-Total >                          **0.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **New York Military Academy**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2001 FORD E-450 SUPER DUTY 20 PASSENGER BUS**<br>**46K MILES**<br>**GOOD CONDITION** | - | **Unknown** |
| | | **2001 FORD E 450 SUPER DUTY 20 PASSENGER BUS**<br>**45K MILES**<br>**GOOD CONDITION** | - | **Unknown** |
| | | **1999 FORD RABGER P/U**<br>**90K MILES**<br>**POOR CONDITION** | - | **Unknown** |
| | | **2002 GMS SIERRA K 2500 HD**<br>**105K MILES**<br>**POOR TO FAIR CONDITION** | - | **Unknown** |
| | | **2006 DODGE GRAND CARAVAN SE**<br>**107K MILES**<br>**GOOD CONDITION** | - | **Unknown** |
| | | **LEASED VEHICLE:  2014 FORD EXPLORER XLT** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **IT EQUIPMENT**<br>**20 DESKTOP COMPUTERS**<br>**10 LAPTOP COMPUTERS**<br>**5 SERVERS (3 NOT IN SERVICE)**<br>**2 VIDEO SERVERS (1 NOT OPERATIONAL)**<br>**5 MACS**<br>**2 TELEPHONE SERVERS (INCLUDES 1 BACKUP)**<br>**2 TABLETS**<br>**15 PRINTERS**<br>**25 WIFI ACCESS POINTS**<br>**5 POE SWITCHES**<br>**15 STANDARD SWITCHES**<br>**2 SMARTBOARDS**<br>**ENO BOARD**<br>**45 IP TELEPHONES** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **CLASSROOM EQUIPMENT:**<br>**33 FURNISHED CLASSROOMS**<br>**3 SCIENCE LAB CLASSROOMS**<br>**LIBRARY:  TABLE AND DESK SEATING FOR 46 STUDENTS** | - | **Unknown** |

Sub-Total >       **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **New York Military Academy**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **DORM FURNISHINGS:**<br>**FURNISHINGS TO HOUSE 404 STUDENTS:**<br>**BED, DESK WARDROBE** | - | **Unknown** |
| | | **OFFICE FURNISHINGS:**<br>**25 FURNISHED OFFICES** | - | **Unknown** |
| | | **SPORTS EQUIPMENT AND SUPPLIES (DETAILED LIST AVAILABLE UPON REQUEST)**<br>**BASEBALL UNIFORMS & EQUIPMENT**<br>**SOFTBALL UNIFORMS & EQUIPMENT**<br>**LACROSS UNIFORMS & EQUIPMENT**<br>**TENNIS EQUIPMENT**<br>**GOLF EQUIPMENT**<br>**MISC SPORTS EQUIPMENT**<br>**FIRST AID EQUIPMENT**<br>**FOOTBALL UNIFORMS & EQUIPMENT**<br>**BOY'S SOCCER UNIFORMS & EQUIPMENT**<br>**VOLLEYBALL UNIFORMS & EQUIPMENT**<br>**CROSS COUNTRY UNIFORMS & EQUIPMENT**<br>**GIRLS SOCCER UNIFORMS**<br>**BOY'S BASKETBALL UNIFORMS & EQUIPMENT**<br>**GIRL'S BASKETBALL UNIFORMS & EQUIPMENT**<br>**WRESTLING UNIFORMS & EQUIPMENT**<br>**SWIMMING EQUIPMENT**<br>**WEIGHT ROOM EQUIPMENT** | - | **Unknown** |
| 30.  Inventory. | | **SCHOOL STORE INVENTORY: MAINLY CADET UNIFORMS, ITEMS AND SCHOOL SUPPLIES**<br>**COST:  $84,721.00**<br>**RESALE AT CUSTOMARY MARK-UP:  $ 122,734.00**<br>**** MOST ITEMS ARE EITHER IMPRINTED OR CUSTOM MADE FOR NEW YORK MILITARY ACADEMY*** | - | **Unknown** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **340,571.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **New York Military Academy**                              ,         Case No. _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | FIRST MORTGAGE | | | | | |
| CORNWALL IMPROVEMENT LLC ATTN PRESIDENT 2975 ROUTE 9W New Windsor, NY 12553 | | - | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK | | | | | |
| | | | | Value $            10,200,000.00 | | | | 6,636,988.00 | 0.00 |
| Account No. | | | | | | | | | |
| JOSEPH RONES, ESQ. FINKELSTEIN & PARTNERS 1279 ROUTE 300 PO BOX 1111 Newburgh, NY 12551 | | | | Representing: CORNWALL IMPROVEMENT LLC | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| PETER NEUMAN, ESQ. REFEREE 9 BRADEN PLACE Cornwall on Hudson, NY 12520 | | | | Representing: CORNWALL IMPROVEMENT LLC | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | UCC | | | | | |
| CORNWALL IMPROVEMENT LLC ATTN PRESIDENT 2975 ROUTE 9W New Windsor, NY 12553 | | - | | ALL PERSONAL PROPERTY | | | | | |
| | | | | Value $            Unknown | | | | Unknown | Unknown |

___**2**___ continuation sheets attached

Subtotal
(Total of this page)   | 6,636,988.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **New York Military Academy**                              ,        Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| JOSEPH RONES, ESQ. FINKELSTEIN & PARTNERS 1279 ROUTE 300 PO BOX 1111 Newburgh, NY 12551 | | | Representing: **CORNWALL IMPROVEMENT LLC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK | | | | | |
| CORNWALL SCHOOL DISTRICT 24 IDLEWILD AVE 12520 | | - | | | | | | |
| | | | Value $           10,200,000.00 | | | | 21,377.35 | 0.00 |
| Account No. | | | LEASE LEASED VEHICLE:  2014 FORD EXPLORER XLT | | | | | |
| FORD CREDIT ATTN PRESIDENT BOX 220564 Pittsburgh, PA 15257-2564 | | - | | | | | | |
| | | | Value $           Unknown | | | | 6,615.00 | Unknown |
| Account No. | | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK | | | | | |
| LANDMARK DEVELOPMENT PARTNERS ATTN ANTHONY DESA 10655 PARK RUN DR STE 210 Las Vegas, NV 89144 | | - | | | | | | |
| | | | Value $           10,200,000.00 | | | | 1,054,668.00 | 0.00 |
| Account No. | | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK | | | | | |
| MARYANN O'DELL RECEIVER OF TAXES PO BOX 341 Cornwall, NY 12518 | | - | | | | | | |
| | | | Value $           10,200,000.00 | | | | 51,901.52 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,134,561.87** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **New York Military Academy**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>SUSAN C. SHEIBLE<br>RECEIVER OF TAXES<br>555 UNION AVE<br>New Windsor, NY 12553 | - | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK<br><br>Value $             10,200,000.00 | | | | 471.05 | 0.00 |
| Account No.<br><br>VILLAGE OF CORNWALL-ON HUDSON<br>325 HUDSON ST<br>Cornwall on Hudson, NY 12520 | - | | SCHOOL BUILDINGS AND GROUDS LOCATED AT 78 ACADEMY AENUE, TOWN OF CORNWALL, NEW YORK<br><br>Value $             10,200,000.00 | | | | 331,868.23 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet **2**___ of **2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 332,339.28 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 8,103,889.15 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **New York Military Academy**                                    ,    Case No. _____
                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **New York Military Academy**                                          ,        Case No. _____
                                                      **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **BEARD, WILLIAM G 26 FACULTY RD Cornwall on Hudson, NY 12520** | - | | **COMPENSATION REIMBURSEMENT-MOVING COSTS** | | | | 3,490.00 | 0.00 / 3,490.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 3,490.00 | 3,490.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **New York Military Academy**                                                                    ,        Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  <br> **EDMISTON, LISA** <br> **930 GRAND CONCOURSE 7G** <br> **Bronx, NY 10451** | - | | PARENT TUITION REFUND | | | | 120.75 | 0.00 | 120.75 |
| Account No.  <br> **IKEMOTO, TAKESHI** <br> **BRANCHE 205 5-36-10 JINGUMAE** <br> **SHIBAYA-KU** <br> **TOKYO 150-001 JAPAN** | - | | PARENT REFUND | | | | 40,000.00 | 37,225.00 | 2,775.00 |
| Account No.  <br> **KEMMERER, JENNIFER** <br> **28 VANDEWATER DR** <br> **Wappingers Falls, NY 12590** | - | | PARENT REFUND | | | | 1,777.25 | 0.00 | 1,777.25 |
| Account No.  <br> **LI, VIVIAN HUAN YAN** <br> **6-02 CLINTONVILLE ST** <br> **Whitestone, NY 11357** | - | | PARENT REFUND | | | | 3,439.86 | 664.86 | 2,775.00 |
| Account No.  <br> **LIN, LAN** <br> **8330 WILDFLOWER DRIVE** <br> **Powell, OH 43065** | - | | PARENT REFUND | | | | 469.88 | 0.00 | 469.88 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 37,889.86 |
|---|---|---|
| (Total of this page) | 45,807.74 | 7,917.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re **New York Military Academy**                                        ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **INTERNAL REVENUE SERVICE** Ogden, UT 84201-0073 | - | | | | | | | | 0.00 | |
| | | | | | | | | 350.00 | | 350.00 |
| Account No. | | | | 10/11/14 | | | | | | |
| **NYS DEPT OF TAX & FINANCE CIVIL ENFORCEMENT CO ATC WA HARRIMAN CAMPS** Albany, NY 12227-0001 | - | | | **TAX WARRANT** | | | | | 0.00 | |
| | | | | | | | | 102.18 | | 102.18 |
| Account No. | | | | **UNEMPLOYMENT** | | | | | | |
| **NYS UNEMPLOYMENT INSURANCE PO BOX 4301 Binghamton, NY 13902-4301** | - | | | | | | | | 0.00 | |
| | | | | | | | | 11,793.75 | | 11,793.75 |
| Account No. | | | | | | | | | | |
| **ORANGE COUNTY SHERIFF'S OFFICE 110 WELLS FARM RD ATTN:  CIVIL UNIT Goshen, NY 10924** | - | | | | | | | | 0.00 | |
| | | | | | | | | 93.92 | | 93.92 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 12,339.85 | 12,339.85 |
| | Total | 37,889.86 | |
| | (Report on Summary of Schedules) | 61,637.59 | 23,747.73 |

B6F (Official Form 6F) (12/07)

In re  **New York Military Academy** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **ACCOUNT CONTROL TECH INC** <br> **ATTN PRESIDENT** <br> **PO BOX 8012** <br> **Canoga Park, CA 91309** | - | | | | | | | | 182.45 |
| Account No. <br><br> **ACEDRUGS PHARMACY** <br> **ATTN PRESIDENT** <br> **192 BROADWAY** <br> **Newburgh, NY 12550** | - | | | | | | | | 200.00 |
| Account No. <br><br> **ACTIVE INTERNET TECHNOLOGIES L** <br> **ATTN PRESIDENT** <br> **PO BOX 347912** <br> **Pittsburgh, PA 15251-4912** | - | | | | WEBSITE MAINTENANCE | | | | 5,166.68 |
| Account No. <br><br> **ADVANCED LEARNING GROUP LLC/** <br> **OBRIDGE ATTN PRESIDENT** <br> **340 MADISON AVE STE 1920** <br> **New York, NY 10173** | - | | | | DEMAND NOTE/LOAN INTEREST UNKNOWN | | | X | 749,000.00 |

__25__  continuation sheets attached

Subtotal<br>(Total of this page)  **754,549.13**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
S/N:35667-150123   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**                                                  , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | ALARM SERVICE | | | | |
| **AJM SECURITY & HOME AUTOMATION ATTN PRESIDENT 30 THOMPSON DRIVE Washingtonville, NY 10992** | - | | | | | | | | 3,485.00 |
| Account No. | | | | | GOODS/SERVICES | | | | |
| **ALBRO UTILITES CORP ATTN PRESIDENT PO BOX 2277 Newburgh, NY 12550** | - | | | | | | | | 426.88 |
| Account No. | | | | | GOODS PURCHASED | | | | |
| **ALINI MAGAZINE SERVICES ATTN PRESIDENT 961 OAKWOOD PL Plainfield, NJ 07060-3437** | - | | | | | | | | 303.85 |
| Account No. | | | | | SERVICES | | | | |
| **AM DIRECT MAIL INC ATTN PRESIDENT 84 PRKER AVE Poughkeepsie, NY 12601-1927** | - | | | | | | | | 493.54 |
| Account No. | | | | | DUES | | | | |
| **AMCSUS ATTN PRESIDENT 12332 WASHINGTON BRICE ROAD Fairfax, VA 22033** | - | | | | | | | | 588.55 |

Sheet no. __1__ of __25__ sheets attached to Schedule of                                        Subtotal                        5,297.82
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**New York Military Academy**_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**ANTHONY'S PIER 9**<br>**ATTN PRESIDENT**<br>**2975 ROUTE 9W**<br>**New Windsor, NY 12553** | - | | | GOODS/SERVICES | | | | 75.47 |
| Account No.<br><br>**APPLEBAUM, CHARLES**<br>**C/O TODD CONN**<br>**150 JOHN F KENNEDY PKWY 1ST FL**<br>**Short Hills, NJ 07078** | - | | | 10/24/14<br>SUIT SETTLEMENT | | | | 13,750.00 |
| Account No.<br><br>**ARMITAGE, JEFFREY A**<br>**12 HOLTS LANE**<br>**Cornwall on Hudson, NY 12520** | - | | | REFEREE PAY | | | | 1,299.50 |
| Account No.<br><br>**ASHCRAFTS LOCK & DOOR**<br>**HARDWARD**<br>**ATTN PRESIDENT**<br>**6 D'ALFONSO RD**<br>**Newburgh, NY 12550** | - | | | GOODS/SERVICES | | | | 10.50 |
| Account No.<br><br>**ASHLEY MECHANICAL INC**<br>**ATTN PRESIDENT**<br>**27 EMERICK ST**<br>**Kingston, NY 12401** | - | | | GOODS/SERVICES | | | | 618.00 |

Sheet no. __**2**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,753.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                              ,   Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BAUER,ROBERT 61 STATION ROAD Salisbury Mills, NY 12577** | - | | | | | | 479.00 |
| Account No. | | | REFUND/OVERPAYMENT | | | | |
| **BEACH, MAXIMILLIAN 19 WOLFEBORO RD Etna, NH 03750** | - | | | | | | 167.39 |
| Account No. | | | GOODS PURCHASED | | | | |
| **BELLEVILLE SHOE MANUFACTURING ATTN PRESIDENT PO BOX 503995 Saint Louis, MO 63150-3995** | - | | | | | | 2,992.00 |
| Account No. | | | RENEWAL | | | | |
| **BLACKBAUD ATTN PRESIDENT PO BOX 930256 Atlanta, GA 31193-0256** | - | | | | | | 10,479.22 |
| Account No. | | | GOODS/SERVICES | | | | |
| **BLICK ART MATERIALS ATTN PREISDENT 6910 EEAGLE WAY Chicago, IL 60678-1069** | - | | | | | | 363.21 |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,480.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy** _____,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | FOOTBALL OFFICIAL PAY | | | | |
| BOTTARI, JOSEPH A<br>6 PINE KNOLL CT<br>Monsey, NY 10952 | - | | | | | | | 105.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| BOTTINI FUEL<br>ATTN PRESIDENT<br>PO BOX 1640<br>WAPPINGERS FALLS, NY 12590 | - | | | | | | | 61,184.38 |
| Account No. | | | | DEMAND NOTE/LOAN<br>INTEREST CALCULATED THROUGH 2/28/15 | | | | |
| BRUNETTI FOUNDATION, THE<br>ATTN PRESIDENT<br>1655 US HIGHWAY 9<br>Old Bridge, NJ 08857 | - | | | | | | | 665,472.00 |
| Account No. | | | | | | | | |
| JOSEPH HASPEL PLLC<br>1 WEST MAIN ST<br>Goshen, NY 10924 | | | | Representing:<br>BRUNETTI FOUNDATION, THE | | | | Notice Only |
| Account No. | | | | TOURNAMENT FEE | | | | |
| BRUNSWICk SCHOOL<br>BRUNSWICk INVITATIONAL WRESTLI<br>C/O T OSTYRE 100 MAHER AVE<br>Greenwich, CT 06830 | - | | | | | | | 285.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

727,046.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**                                        ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS PURCHASED | | | | |
| BSN SPORTS INC ATTN PRESIDENT PO BOX 660176 Dallas, TX 75266-0176 | | - | | | | | | 750.48 |
| Account No. | | | | OFFICIAL/REFEREE PAY | | | | |
| CARLSTROM, FRANK ATTN PRESIDENT 30 MEMORIAL DRIVE Newburgh, NY 12550 | | - | | | | | | 174.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| CARPET MILL OUTLET ATTN PRESIDENT 294 WINDSOR HWY New Windsor, NY 12553 | | - | | | | | | 4,348.25 |
| Account No. | | | | UTILITY | | | | |
| CENTRAL HUDSON ATTN PRESIDENT 284 SOUTH AVE DEPT 100 Poughkeepsie, NY 12601 | | - | | | | | | 91,369.17 |
| Account No. | | | | CREDIT CARD DEBT | | | | |
| CHASE CARD SERVICES ATTN PRESIDENT PO BOX 15153 Wilmington, DE 19886-5153 | | - | | | | | | 3,906.00 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **100,547.90**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **New York Military Academy**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. CINTAS CORPORATION #616 ATTN PRESIDENT PO BOX 630803 Cincinnati, OH 45263 | - | | CONTRACT BUYOUT COST | | | | 6,152.84 |
| Account No. COMMISSIONER OF MOTOR VEHICLES 207 GENESSEE ST STE 6 Utica, NY 13501 | - | | VEHICLE REGISTRATIONS | | | | 470.00 |
| Account No. CORBALLY GARTLAND & RAPPLEYEA 35 MARKET STREET Poughkeepsie, NY 12601 | - | | LEGAL SERVICES | | | | 133,270.69 |
| Account No. CORNERSTONE ATTN PRESIDENT PO BOX 4199 Woburn, MA 01888-4199 | - | | TELEPHONE SERVICES | | | | 1,609.48 |
| Account No. CORNWALL LAUNDRY ZONE INC ATTN PRESIDENT 21 QUAKER AVE Cornwall, NY 12518 | - | | LAUNDRY SERVICE | | | | 1,370.26 |

Sheet no. _6_ of _25_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **142,873.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**
_____,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | FOOD SERVICE | | | | |
| CULINART ATTN PRESIDENT 175 SUNNYSIDE RD Plainview, NY 11803 | - | | | | | | 234,814.98 |
| Account No. | | | FOOTBALL REFEREE PAY | | | | |
| CUNNINGHAM, SEAN T PO BOX 297 Otisville, NY 10963 | - | | | | | | 407.00 |
| Account No. | | | GOODS PURCHASED | | | | |
| D & M MUSIC (JOHN KEAL MUSIC) ATTN PRESIDENT 819 LIVINGSTON AVE Albany, NY 12206 | - | | | | | | 50.00 |
| Account No. | | | REIMBURSEMENT-FUNDS ADVANCED | | | | |
| DESA, ANTHONY 26 CONGRESIONAL COURT Las Vegas, NV 89113 | - | | | | | | 6,367.60 |
| Account No. | | | SERVICES | | | | |
| DHRUVAM CORP ATTN PRESIDENT 32 MARYLAND AVE Middletown, NY 10940 | - | | | | | | 550.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         242,189.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DIRECT ENERGY BUSINESS LLC**<br>**ATTN PRESIDENT**<br>**1001 LIBERTY CENTER**<br>**Pittsburgh, PA 15222** | - | | **UTILITY** | | | | 77,115.14 |
| Account No.<br><br>**DURANTS TENTS & EVENTS**<br>**ATTN PRESIDENT**<br>**1155 ROUTE 9**<br>**Wappingers Falls, NY 12590** | - | | **GOODS/SERVICES** | | | | 1,977.09 |
| Account No.<br><br>**ECOLAB**<br>**ATTN PRESIDENT**<br>**PO BOX 905327**<br>**Charlotte, NC 28290-5327** | - | | **RENTAL EQUIPMENT/GOODS** | | | | 229.95 |
| Account No.<br><br>**ELITE MAGAZINE INC**<br>**ATTN PRESIDENT**<br>**34 W 27TH ST 5TH FLOOR**<br>**New York, NY 10001** | - | | **ADVERTISING** | | | | 2,100.00 |
| Account No.<br><br>**FEDEX**<br>**ATTN PRESIDENT**<br>**PO BOX 371461**<br>**Pittsburgh, PA 15250-7461** | - | | **SERVICES** | | | | 362.75 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    81,784.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 12/19/14 DEMAND NOTE/LOAN INCLUDES INTEREST THROUGH 2/28/15 CONFESSION OF JUDGMENT | | | | |
| FIELDS, DAVID 120 SIBLEY AVE APT 303 Ardmore, PA 19003 | | | | | | | | 341,000.00 |
| Account No. | | - | | REFEREE PAY | | | | |
| FIELITZ, LYNN 293 ROCK CUT ROAD Walden, NY 12586 | | | | | | | | 145.50 |
| Account No. | | - | | INSURANCE PREMIUMS | | | | |
| FIRST UNUM LIFE INS CO ATTN PRESIDENT PO BOX 406927 Atlanta, GA 30384-6927 | | | | | | | | 2,227.34 |
| Account No. | | - | | REFEREE PAY | | | | |
| FLYNN, THOMAS 37 TANAGER RD # 3706 Monroe, NY 10950 | | | | | | | | 105.00 |
| Account No. | | - | | GOODS PURCHASED | | | | |
| FOLLETTE VIRTUAL BOOKSTORES ATTN PRESIDENT 16514 COLLECTIONS CENTER DR Chicago, IL 60693 | | | | | | | | 5,552.91 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 349,030.75 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **New York Military Academy**                                    ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **GOODS PURCHASED** | | | | |
| **FORK UNION MILITARY ACADEMY** **ATTN PRESIDENT** **PO BOX 278** **Fork Union, VA 23055** | - | | | | | | 100.00 |
| Account No. | | | **PHYSICIAN CONTRACT** | | | | |
| **G S MEHAR PHYSICIAN PC** **PO BOX 718** **Cornwall, NY 12518** | - | | | | | | 1,800.00 |
| Account No. | | | **INSURANCE BROKERAGE FEES** | | | | |
| **GLATFELTER BROKERAGE SERVICES** **ATTN PRESIDENT** **PO BOX 8000** **Buffalo, NY 14267** | - | | | | | | 2,134.10 |
| Account No. | | | **REPAIRS** | | | | |
| **GOLF CARS UNLIMITED** **ATTN PRESIDENT** **502 ROUTE 17K** **WALDEN, NY 12586** | - | | | | | | 262.00 |
| Account No. | | | **DUES** | | | | |
| **GR CORNWALL CHAMBER COMMERCE** **ATTN PRESIDENT** **PO BOX 700** **Cornwall, NY 12518** | - | | | | | | 75.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,371.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | INSPECTION/MAINTENANCE | | | | |
| GREEN LINE MECHANICAL INC ATTN PRESIDENT PO BOX 362 Montgomery, NY 12549 | - | | | | | | | 920.13 |
| Account No. | | | | REPAIRS/MAINTENANCE | | | | |
| GREENS OF WOODBURY, INC, THE ATTN PRESIDENT 3 VICTORIA COURT Central Valley, NY 10917 | - | | | | | | | 2,647.01 |
| Account No. | | | | GOODS PURCHASED | | | | |
| HANOVER UNIFORM CO ATTN PRESIDENT 3501 MAMENCO CT Baltimore, MD 21230 | - | | | | | | | 1,200.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| HARMON & CASTELLA PRINTING INC ATTN PRESIDENT 164 GARDEN ST Poughkeepsie, NY 12601 | - | | | | | | | 2,127.00 |
| Account No. | | | | INSURANCE PREMIUM | | | | |
| HEALTH REPUBLIC OF NY ATTN PRESIDENT PO BOX 842363 Boston, MA 02284-2363 | - | | | | | | | 3,522.47 |

Sheet no. __11__ of __25__ sheets attached to Schedule of        Subtotal           | 10,416.61 |
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **New York Military Academy**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | CONTRACT | | | | |
| HEARST MEDIA SVCS CT LLC ATTN PRESIDENT PO BOX 26900 Lehigh Valley, PA 18002-6900 | - | | | | | | | 3,420.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| HILL & MARKES INC ATTN PRESIDENT PO BOX 7 Amsterdam, NY 12010 | - | | | | | | | 5,692.10 |
| Account No. | | | | ADVERTISING | | | | |
| HUDSON VALLEY MAGAZINE ATTN PRESIDENT 3301 LANCASTER PIKE STE 5-C Wilmington, DE 19805 | - | | | | | | | 1,550.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| IN THE SWIM ATTN PRESIDENT PO BOX 34711 Pittsburgh, PA 15257-7111 | - | | | | | | | 185.88 |
| Account No. | | | | GOODS PURCHASED | | | | |
| INSTRUMANTALIST CO, THE ATTN PRESIDENT 200 ORTHFIELD RD Winnetka, IL 60093 | - | | | | | | | 187.00 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,034.98**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**                                        ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SERVICES | | | | |
| INTERSTATE WASTE SERVICES ATTN PRESIDENT PO BOX 553913 Detroit, MI 48255-3913 | - | | | | | | 3,453.08 |
| Account No. | | | GOODS PURCHASED | | | | |
| JOSTENS, INC ATTN PRESIDENT 21336 NETWORK PLACE Chicago, IL 60673-1213 | - | | | | | | 269.17 |
| Account No. | | | GOODS PURCHASED | | | | |
| KEYSTONE UNIFORM CAP ATTN PRESIDENT 2251 FRALEY ST STE 8 Philadelphia, PA 19137-1824 | - | | | | | | 1,568.25 |
| Account No. | | | COPIER MONTHLY FEE AND MAINTENANCE | | | | |
| KONICA MILOLTA BUS SOLUTIONS ATTN PRESIDENT DEPT AT 952823 Atlanta, GA 31192-2823 | - | | | | | | 1,658.50 |
| Account No. | | | SERVICES | | | | |
| LIBERTY ENVIRONMENTAL MGMT ATTN PRESIDENT 2629 ROUTE 302 Middletown, NY 10941 | - | | | | | | 6,591.20 |

Sheet no. __13__ of __25__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)         13,540.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LINEY, JAMES**<br>**14 MEMORIAL DRIVE**<br>**Newburgh, NY 12550** | | - | FOOTBALL REFEREE PAY | | | | 295.00 |
| Account No. <br><br>**MCGRATH & CO**<br>**ATTN PRESIDENT**<br>**1069 MAIN ST**<br>**Fishkill, NY 12524** | | - | APPRAISAL FEE | | | | 3,500.00 |
| Account No. <br><br>**MCGUINNESS, JAMES P**<br>**203 COUNTY ROUTE 17**<br>**Pine Bush, NY 12566** | | - | FOOTBALL REFEREE PAY | | | | 355.50 |
| Account No. <br><br>**MERRILL CHARLES OFFICE EQUIP**<br>**ATTN PRESIDENT**<br>**190 SOUTH ROBINSON AVE**<br>**Newburgh, NY 12550** | | - | GOODS PURCHASED | | | | 446.36 |
| Account No. <br><br>**MIDDLE STATES ASSOC COLLEGES**<br>**ATTN PRESIDENT**<br>**3624 MARKET ST**<br>**Philadelphia, PA 19104** | | - | DUES | | | | 550.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,146.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **New York Military Academy**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | CPR CLASSES | | | | |
| MOBILE LIFE SUPPORT SERVICES ATTN PRESIDENT PO BOX 471 Newburgh, NY 12551 | - | | | | | | | 1,536.00 |
| Account No. | | | | MEDICAL TESTING | | | | |
| MVP SPORTS CARE INC ATTN PREISDENT 27 CHESTNUT LANE Newburgh, NY 12550 | - | | | | | | | 90.00 |
| Account No. | | | | DRY CLEANING | | | | |
| MY VALET ATTN PRESIDENT 240 HUDSON ST Cornwall on Hudson, NY 12520 | - | | | | | | | 147.34 |
| Account No. | | | | MAINTENANCE/REPAIR | | | | |
| NANINNI & CALLAHAN EXCAVATION ATTN PRESIDENT PO BOX 163 Cornwall, NY 12518 | - | | | | | | | 5,450.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| NEW ENGLAND WOODCRAFT INC ATTN PRESIDENT PO BOX 165 Forest Dale, VT 05745 | - | | | | | | | 560.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,783.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NEW YORK LEAK DETECTION ATTN PRESIDENT PO BOX 269 Jamesville, NY 13078** | - | | | | | | 1,550.00 |
| Account No. **NEW YORK STATE INS FUND ATTN PRESIDENT PO BOX 5238 New York, NY 10008-5238** | - | | WORKERS COMPENSATION | | | | 7,760.50 |
| Account No. **NEWS OF THE HIGHLANDS INC ATTN PRESIDENT PO BOX B Cornwall, NY 12518** | - | | RENEWAL | | | | 40.00 |
| Account No. **NOVESKY, NEIL 16 CLARKWOOD DRIVE Cornwall, NY 12518** | - | | REFEREE PAY | | | | 296.00 |
| Account No. **OLDHAM, THOMAS R PO BOX 115 Highland Falls, NY 10928** | - | | REFEREE PAY | | | | 400.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,046.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | SERVICES | | | | |
| ORANGE COUNTY PRODUCTIONS ATTN PRESIDENT PO BOX 690 Cornwall, NY 12518 | - | | | | | | | 290.00 |
| Account No. | | | | MEMBERSHIP FEE | | | | |
| ORANGE CTY CHAMBER OF COMMERCE ATTN PRESIDENT 30 SCOTT'S CORNERS DRIVE Montgomery, NY 12549 | - | | | | | | | 457.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| P & P QUICK COPY CENTER INC ATTN PRESIDENT 571 UNION AVE New Windsor, NY 12553 | - | | | | | | | 1,364.50 |
| Account No. | | | | GOODS PURCHASED | | | | |
| PANSTAR PROPANE ATTN PRESIDENT PO BOX 87 Pine Island, NY 10969 | - | | | | | | | 11.20 |
| Account No. | | | | LEGAL SERVICES | | | | |
| PATTERSON BELKNAP ET AL ATTN PRESIDENT 1133 AVENUE OF THE AMERICAS New York, NY 10036-6710 | - | | | | | | | 58,820.84 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      60,943.54

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **New York Military Academy** _____,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | FIRST AID SUPPLIES | | | | |
| PATTERSON MEDICAL SUPLY INC ATTN PRESIDENT PO BOX 21773 Chicago, IL 60673-1217 | - | | | | | | 615.61 |
| Account No. | | | GOODS PURCHASED | | | | |
| PEARSON EDUCATION INC ATTN PRESIDENT PO BOX 409496 Atlanta, GA 30384-9496 | - | | | | | | 184.80 |
| Account No. | | | GOODS/SERVICES | | | | |
| PETRO PLUMBING & HEATING INC ATTN PRESIDENT 2989 US ROUTE 9W New Windsor, NY 12553 | - | | | | | | 21,683.77 |
| Account No. | | | INSURANCE PREMIUMS | | | | |
| PHILADELPHIA INS CO ATTN PRESIDENT PO BOX 70251 Philadelphia, PA 19176 | - | | | | | | 10,065.17 |
| Account No. | | | POSTAGE METER | | | | |
| PITNEY BOWES GLOBAL FINANCIAL ATTN PRESIDENT PO BOX 371887 Pittsburgh, PA 15250-7887 | - | | | | | | 567.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,116.35

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS PURCHASED | | | | |
| POLLACK PAINT & FIELD ATTN PRESIDENT 119 WOODWORTH AVE Yonkers, NY 10701 | - | | | | | | 2,471.10 |
| Account No. | | | DEMAND NOTE/LOAN NO INTEREST | | | | |
| PRUSMAK, A JON 837 SHERRY DRIVE Valley Cottage, NY 10989 | - | | | | | | 190,000.00 |
| Account No. | | | POSTAGE ETC | | | | |
| PURCHASE POWER ATTN PRESIDENT PO BOX 371874 Pittsburgh, PA 15250-7871 | - | | | | | | 659.41 |
| Account No. | | | 3 YEAR AHERA SURVEY PROCESS | | | | |
| QUEST ENVIRONMENTAL SOLUTIONS ATTN PRESIDENT PO BOX 546 Hopewell Junction, NY 12533 | - | | | | | | 11,318.00 |
| Account No. | | | EQUIPMENT | | | | |
| RIDDELL/ALL AMERICAN SPORTS CO ATTN PRESIDENT 4230 PAYSPHERE CIRCLE Chicago, IL 60674 | - | | | | | | 5,090.37 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,538.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS/SERVICES | | | | |
| RIM PLUMBING & HEATING SUPPLY ATTN PRESIDENT 2-8 JOHNES ST Newburgh, NY 12550 | - | | | | | | | 2,504.44 |
| Account No. | | | | LICENSE | | | | |
| ROSETTA STONE LTD ATTN PRESIDENT 135 WEST MARKET ST Harrisonburg, VA 22801 | - | | | | | | | 106.00 |
| Account No. | | | | FOOTBALL REFEREE FEE | | | | |
| SAILER, ROBERT 29 PADDOCK PLACE Newburgh, NY 12550 | - | | | | | | | 210.00 |
| Account No. | | | | FOOTBALL REFEREE PAY | | | | |
| SATOWSKI, BERNIE 6 SPRINGHOUSE LANE APT D Montgomery, NY 12549 | - | | | | | | | 105.00 |
| Account No. | | | | GOODS PURCHASED | | | | |
| SCHEIN, HENRY INC ATTN PRESIDENT PO BOX 371952 Pittsburgh, PA 15250 | - | | | | | | | 209.84 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,135.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Military Academy**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | REFEREE PAY | | | | |
| SKIVINGTON, JAMES 40 MERRIEWOLD LANE SOUTH Monroe, NY 10950 | | - | | | | | | 69.00 |
| Account No. | | | | REFEREE PAY | | | | |
| SMITH, ROBERT E 281 NORTH MAIN ST Monroe, NY 10950 | | - | | | | | | 105.00 |
| Account No. | | | | REFEREE PAY | | | | |
| SOROKA, KENNY 11 FERN ST Middletown, NY 10940 | | - | | | | | | 79.00 |
| Account No. | | | | CELLULAR PHONE | | | | |
| SPRINT ATTN PRESIDENT PO BOX 4181 Carol Stream, IL 60197-4181 | | - | | | | | | 382.36 |
| Account No. | | | | FOOTBALL REFEREE PAY | | | | |
| THOMPSON, JAMES 326 PLAINS ROAD Wallkill, NY 12589 | | - | | | | | | 210.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    845.36

B6F (Official Form 6F) (12/07) - Cont.

In re __**New York Military Academy**_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SERVICES | | | | |
| **TIME WARNER CABLE ATTN PRESIDENT PO BOX 11820 Newark, NJ 07101-8120** | - | | | | | | 92.72 |
| Account No. | | | NEWSPAPER SUBSCRIPTION | | | | |
| **TIMES HERALD RECORD ATTN PRESIDENT PO BOX 2046** | - | | | | | | 88.60 |
| Account No. | | | REFEREE PAY | | | | |
| **TRUSS, ARTHUR D JR 46 SCHNEIDER AVE Highland Falls, NY 10928** | - | | | | | | 200.00 |
| Account No. | | | GOODS PURCHASED | | | | |
| **ULINE ATTN PRESIDENT 2200 S LAKESIDE DRIVE Waukegan, IL 60085** | - | | | | | | 490.08 |
| Account No. | | | SERVICES | | | | |
| **UNITED AC REFRIGERTION ATTN PRESIDENT 522 SOUTH ST Newburgh, NY 12550** | - | | | | | | 234.00 |

Sheet no. __22__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,105.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**                                    , Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **INSURANCE** | | | | |
| **UNUMPROVIDENT ATTN PRESIDENT 100 NORTHFIELD DRIVE Windsor, CT 06095** | - | | | | | | 1,951.25 |
| Account No. | | | **PAYROLL GARNISHMENT** | | | | |
| **US DEPT OF ED PMT CTR ATTN PRESIDENT PO BOX 10581 Atlanta, GA 30348-5081** | - | | | | | | 161.96 |
| Account No. | | | **SERVICES** | | | | |
| **VAILS GATE LAUNDRY & DRY CLEAN ATTN PRESIDENT PO BOX 395 Vails Gate, NY 12584** | - | | | | | | 6,398.20 |
| Account No. | | | **REFEREE PAY** | | | | |
| **VAN DAM, DREW J J R 394 ANGOLA RD Cornwall, NY 12518** | - | | | | | | 145.50 |
| Account No. | | | **GOODS PURCHASED** | | | | |
| **VANGUARD INDUSTRIES EAST INC ATTN PRESIDENT 1172 ASALEA GARDEN Norfolk, VA 23502** | - | | | | | | 540.05 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,196.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Military Academy**                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SERVICES | | | | |
| VERIZON ATTN PRESIDENT PO BOX 15124 Albany, NY 12212-5124 | | - | | | | | 567.37 |
| Account No. | | | SERVICES | | | | |
| WARREN LYNN LANDSCAPING ATTN PRESIDENT 18 NORTH FOSTERTOWN DR Newburgh, NY 12550 | | - | | | | | 2,250.00 |
| Account No. | | | GOODS PURCHASED | | | | |
| WEINTRAUB BROTHERS COMPANY ATTN PRESIDENT 2695 PHILMONT AVE Huntingdon Valley, PA 19006 | | - | | | | | 9,455.50 |
| Account No. | | | GOODS/SERVICES | | | | |
| WEST POINT TOURS INC TRAILWAYS ATTN PRESIDENT PO BOX 125 Vails Gate, NY 12584 | | - | | | | | 2,552.44 |
| Account No. | | | ADVERTISING | | | | |
| WESTON MAGAZINE INC ATTN PRESIDENT PO BOX 1006 Weston, CT 06883 | | - | | | | | 5,000.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,825.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **New York Military Academy**                      ,      Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **REFEREE PAY** | | | | |
| **WOOTEN, ANTHONY** **110 HEITMAN DR** **Spring Valley, NY 10977** | - | | | | | | | **105.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **105.00** |
| | Total (Report on Summary of Schedules) | **2,833,705.72** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **New York Military Academy**                                           ,    Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FORD CREDIT**<br>**ATTN PRESIDENT**<br>**BOX 220564**<br>**Pittsburgh, PA 15257-2564** | **VEHICLE LEASE:**<br>**2014 FORD EXPLORER XLT**<br>**LEASE ENDS SEPT 2016** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **New York Military Academy**                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **New York Military Academy**                                     Case No. _____

                                               Debtor(s)          Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the First Vice-President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**43**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  3, 2015** _____         Signature  **/s/ David B. Fields** _____

                                                                     **David B. Fields**

                                                                     **First Vice-President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of New York

In re   **New York Military Academy**          Case No.                    

                               Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                 SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                 SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **NEW YORK MILITARY ACADEMY v NEW OPEN GROUP, OBRIDGE GROUP LLC, OBRIDGE GROUP INT'L ADVANCED LEARNING GROUP, LLC, AND K-STONEWATER GROUP, LLC 5948/2013** | | **SUPREME COURT STATE OF NEW YORK COUNTY OF ORANGE** | |
| **CORNWALL IMPROVEMENT LLC v NEW YORK MILITARY ACADEMY ET AL 2013/5076** | | **SUPREME COURT STATE OF NEW YORK COUNTY OF ORANGE** | |
| **RICHARD GERLACH v NEW YORK MILITARY ACADEMY 2013-9487** | **DEFAULT ON NOTE** | **SUPREME COURT STATE OF NEW YORK COUNTY OF ORANGE** | |
| **CORNWALL IMPROVEMENT LLC v NEW YORK MILITARY ACADEMY ET AL 2013-5073** | **FORECLOSURE** | **SUPREME COURT STATE OF NEW YORK COUNTY OF ORANGE** | |
| **THE BRUNETTI FOUNDATION v NEW YORK MILITARY ACADEMY 9522/2014** | **BREACH OF CONTRACT** | **SUPREME COURT STATE OF NEW YORK COUNTY OF ORANGE** | **SUMMONS & COMPLAINT ISSUED** |

   * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■      returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■      this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■      and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
       aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
■      since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lewis D. Wrobel, Esq.**<br>**201 South Avenue**<br>**Suite 506**<br>**Poughkeepsie, NY 12601** | **ON OR ABOUT JANUARY 10, 2015** | **$20,000.00 RETAINER** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **NEW YORK MILITARY ACADEMY** | | **78 ACADEMY AVENUE** Cornwall on Hudson, NY 12520 | **PRIVATE SCHOOL** | **FOUNDED IN 1889** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **KATHY KOTZIAS** **NEW YORK MILITARY ACADEMY** **ACCUNTING MANAGER** **78 ACADEMY AVE** Cornwall on Hudson, NY 12520 | **ONGONIG** **DAY-TO DAY BOOKKEEPING** |
| **BARRY J ARENA CPA LLC** **372 KINDERHOOK RD** Westwood, NJ 07675 | **ACCOUNTANT** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)
7

| None | |
|------|-----|
| ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                                ADDRESS

| None | |
|------|-----|
| ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

| None | |
|------|-----|
| ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

|  |  | DOLLAR AMOUNT OF INVENTORY |
|--|--|----------------------------|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

| None | |
|------|-----|
| ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|--|---------------------------------------------|
| DATE OF INVENTORY | RECORDS |

---

### 21 . Current Partners, Officers, Directors and Shareholders

| None | |
|------|-----|
| ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

| None | |
|------|-----|
| ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **ANTHONY DESA**<br>**LAS VEGAS, NV** | **PRESIDENT** | **N/A** |
| **DAVID B. FIELDS**<br>**LOUDONVILLE, NY** | **FIRST VICE PREISDENT** | **N/A** |
| **DOMINIC SALOMONE**<br>**LAS VEGAS, NV** | **TREASURER** | **N/A** |
| **MICHAEL RANT**<br>**MARLTON, NJ** | **SECRETARY** | **N/A** |
| **JOHN H. SMITH SR**<br>**CORNWALL ON HUDSON, NY** | | **N/A** |
| **MAJOR GENERAL WILLIAM BEARD, USAR (RET)** | **SUPERINTENDENT** | **N/A** |

---

### 22 . Former partners, officers, directors and shareholders

| None | |
|------|-----|
| ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

NAME                        ADDRESS                            DATE OF WITHDRAWAL

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/13)
8

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

#### 23 . Withdrawals from a partnership or distributions by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 24. Tax Consolidation Group.

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

#### 25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  __March  3, 2015__              Signature   __/s/ David B. Fields__
                                                  **David B. Fields**
                                                  **First Vice-President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **New York Military Academy**                                    Case No.
_____
                                    Debtor(s)        Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................. $    **20,000.00**

    Prior to the filing of this statement I have received ........................ $    **20,000.00**

    Balance Due ................................................................ $         **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **REPRESENTATION IN ADVERSARY PROCEEDINGS, IN CONTESTED BANKRUPTCY MATTERS, IN RULE 2004 EXAMINATIONS, AND IN ANY AND ALL POST-CONFIRMATION PROCEEDINGS, IF ANY.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March  3, 2015**                        **/s/ Lewis D. Wrobel**
_____                _____
                                                **Lewis D. Wrobel**
                                                **Lewis D. Wrobel, Esq.**
                                                **201 South Avenue**
                                                **Suite 506**
                                                **Poughkeepsie, NY 12601**
                                                **845-473-5411  Fax: 845-473-3430**
                                                **lewiswrobel@verizon.net**

---

# United States Bankruptcy Court
## Southern District of New York

In re    **New York Military Academy** _____,     Case No. _____

                       Debtor

                                                      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the First Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **March  3, 2015** _____       Signature **/s/ David B. Fields** _____

                                                           **David B. Fields**

                                                           **First Vice-President**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  __New York Military Academy__                                    Case No. _____

                                     Debtor(s)    Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the First Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:  __March  3, 2015_____          __/s/ David B. Fields_____

                                                      **David B. Fields**/**First Vice-President**
                                                      Signer/Title

ACCOUNT CONTROL TECH INC
ATTN PRESIDENT
PO BOX 8012
CANOGA PARK, CA 91309


ACEDRUGS PHARMACY
ATTN PRESIDENT
192 BROADWAY
NEWBURGH, NY 12550


ACTIVE INTERNET TECHNOLOGIES L
ATTN PRESIDENT
PO BOX 347912
PITTSBURGH, PA 15251-4912


ADVANCED LEARNING GROUP LLC/
OBRIDGE ATTN PRESIDENT
340 MADISON AVE STE 1920
NEW YORK, NY 10173


AJM SECURITY & HOME AUTOMATION
ATTN PRESIDENT
30 THOMPSON DRIVE
WASHINGTONVILLE, NY 10992


ALBRO UTILITES CORP
ATTN PRESIDENT
PO BOX 2277
NEWBURGH, NY 12550


ALINI MAGAZINE SERVICES
ATTN PRESIDENT
961 OAKWOOD PL
PLAINFIELD, NJ 07060-3437


AM DIRECT MAIL INC
ATTN PRESIDENT
84 PRKER AVE
POUGHKEEPSIE, NY 12601-1927


AMCSUS
ATTN PRESIDENT
12332 WASHINGTON BRICE ROAD
FAIRFAX, VA 22033

```
ANTHONY'S PIER 9
ATTN PRESIDENT
2975 ROUTE 9W
NEW WINDSOR, NY 12553


APPLEBAUM, CHARLES
C/O TODD CONN
150 JOHN F KENNEDY PKWY 1ST FL
SHORT HILLS, NJ 07078


ARMITAGE,  JEFFREY A
12 HOLTS LANE
CORNWALL ON HUDSON, NY 12520


ASHCRAFTS LOCK & DOOR HARDWARD
ATTN PRESIDENT
6 D'ALFONSO RD
NEWBURGH, NY 12550


ASHLEY MECHANICAL INC
ATTN PRESIDENT
27 EMERICK ST
KINGSTON, NY 12401


BAUER,ROBERT
61 STATION ROAD
SALISBURY MILLS, NY 12577


BEACH, MAXIMILLIAN
19 WOLFEBORO RD
ETNA, NH 03750


BEARD, WILLIAM G
26 FACULTY RD
CORNWALL ON HUDSON, NY 12520


BELLEVILLE SHOE MANUFACTURING
ATTN PRESIDENT
PO BOX 503995
SAINT LOUIS, MO 63150-3995


BLACKBAUD
ATTN PRESIDENT
PO BOX 930256
ATLANTA, GA 31193-0256
```

```
BLICK ART MATERIALS
ATTN PREISDENT
6910 EEAGLE WAY
CHICAGO, IL 60678-1069


BOTTARI, JOSEPH A
6 PINE KNOLL CT
MONSEY, NY 10952


BOTTINI FUEL
ATTN PRESIDENT
PO BOX 1640
WAPPINGERS FALLS, NY 12590


BRUNETTI FOUNDATION, THE
ATTN PRESIDENT
1655 US HIGHWAY 9
OLD BRIDGE, NJ 08857


BRUNSWICK SCHOOL
BRUNSWICK INVITATIONAL WRESTLI
C/O T OSTYRE 100 MAHER AVE
GREENWICH, CT 06830


BSN SPORTS INC
ATTN PRESIDENT
PO BOX 660176
DALLAS, TX 75266-0176


CARLSTROM, FRANK
ATTN PRESIDENT
30 MEMORIAL DRIVE
NEWBURGH, NY 12550


CARPET MILL OUTLET
ATTN PRESIDENT
294 WINDSOR HWY
NEW WINDSOR, NY 12553


CENTRAL HUDSON
ATTN PRESIDENT
284 SOUTH AVE DEPT 100
POUGHKEEPSIE, NY 12601
```

CHASE CARD SERVICES
ATTN PRESIDENT
PO BOX 15153
WILMINGTON, DE 19886-5153


CINTAS CORPORATION #616
ATTN PRESIDENT
PO BOX 630803
CINCINNATI, OH 45263


COMMISSIONER OF MOTOR VEHICLES
207 GENESSEE ST
STE 6
UTICA, NY 13501


CORBALLY GARTLAND & RAPPLEYEA
35 MARKET STREET
POUGHKEEPSIE, NY 12601


CORNERSTONE
ATTN PRESIDENT
PO BOX 4199
WOBURN, MA 01888-4199


CORNWALL IMPROVEMENT LLC
ATTN PRESIDENT
2975 ROUTE 9W
NEW WINDSOR, NY 12553


CORNWALL LAUNDRY ZONE INC
ATTN PRESIDENT
21 QUAKER AVE
CORNWALL, NY 12518


CORNWALL SCHOOL DISTRICT
24 IDLEWILD AVE
12520


CULINART
ATTN PRESIDENT
175 SUNNYSIDE RD
PLAINVIEW, NY 11803


CUNNINGHAM, SEAN T
PO BOX 297
OTISVILLE, NY 10963

```
D & M MUSIC (JOHN KEAL MUSIC)
ATTN PRESIDENT
819 LIVINGSTON AVE
ALBANY, NY 12206


DESA, ANTHONY
26 CONGRESIONAL COURT
LAS VEGAS, NV 89113


DHRUVAM CORP
ATTN PRESIDENT
32 MARYLAND AVE
MIDDLETOWN, NY 10940


DIRECT ENERGY BUSINESS LLC
ATTN PRESIDENT
1001 LIBERTY CENTER
PITTSBURGH, PA 15222


DURANTS TENTS & EVENTS
ATTN PRESIDENT
 1155 ROUTE 9
WAPPINGERS FALLS, NY 12590


ECOLAB
ATTN PRESIDENT
PO BOX 905327
CHARLOTTE, NC 28290-5327


EDMISTON, LISA
930 GRAND CONCOURSE 7G
BRONX, NY 10451


ELITE MAGAZINE INC
ATTN PRESIDENT
34 W 27TH ST 5TH FLOOR
NEW YORK, NY 10001


FEDEX
ATTN PRESIDENT
PO BOX 371461
PITTSBURGH, PA 15250-7461


FIELDS, DAVID
120 SIBLEY AVE APT 303
ARDMORE, PA 19003
```

```
FIELITZ, LYNN
293 ROCK CUT ROAD
WALDEN, NY 12586


FIRST UNUM LIFE INS CO
ATTN PRESIDENT
PO BOX 406927
ATLANTA, GA 30384-6927


FLYNN, THOMAS
37 TANAGER RD # 3706
MONROE, NY 10950


FOLLETTE VIRTUAL BOOKSTORES
ATTN PRESIDENT
16514 COLLECTIONS CENTER DR
CHICAGO, IL 60693


FORD CREDIT
ATTN PRESIDENT
BOX 220564
PITTSBURGH, PA 15257-2564


FORK UNION MILITARY ACADEMY
ATTN PRESIDENT
PO BOX 278
FORK UNION, VA 23055


G S MEHAR PHYSICIAN PC
PO BOX 718
CORNWALL, NY 12518


GLATFELTER BROKERAGE SERVICES
ATTN PRESIDENT
PO BOX 8000
BUFFALO, NY 14267


GOLF CARS UNLIMITED
ATTN PRESIDENT
502 ROUTE 17K
WALDEN, NY 12586


GR CORNWALL CHAMBER COMMERCE
ATTN PRESIDENT
PO BOX 700
CORNWALL, NY 12518
```

GREEN LINE MECHANICAL INC
ATTN PRESIDENT
PO BOX 362
MONTGOMERY, NY 12549


GREENS OF WOODBURY, INC, THE
ATTN PRESIDENT
3 VICTORIA COURT
CENTRAL VALLEY, NY 10917


HANOVER UNIFORM CO
ATTN PRESIDENT
3501 MAMENCO CT
BALTIMORE, MD 21230


HARMON & CASTELLA PRINTING INC
ATTN PRESIDENT
164 GARDEN ST
POUGHKEEPSIE, NY 12601


HEALTH REPUBLIC OF NY
ATTN PRESIDENT
PO BOX 842363
BOSTON, MA 02284-2363


HEARST MEDIA SVCS CT LLC
ATTN PRESIDENT
PO BOX 26900
LEHIGH VALLEY, PA 18002-6900


HILL & MARKES INC
ATTN PRESIDENT
PO BOX 7
AMSTERDAM, NY 12010


HUDSON VALLEY MAGAZINE
ATTN PRESIDENT
3301 LANCASTER PIKE STE 5-C
WILMINGTON, DE 19805


IKEMOTO, TAKESHI
BRANCHE 205 5-36-10 JINGUMAE
SHIBAYA-KU
TOKYO 150-001 JAPAN

IN THE SWIM
ATTN PRESIDENT
PO BOX 34711
PITTSBURGH, PA 15257-7111


INSTRUMANTALIST CO, THE
ATTN PRESIDENT
200 ORTHFIELD RD
WINNETKA, IL 60093


INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0073


INTERSTATE WASTE SERVICES
ATTN PRESIDENT
PO BOX 553913
DETROIT, MI 48255-3913


JOSEPH HASPEL PLLC
1 WEST MAIN ST
GOSHEN, NY 10924


JOSEPH RONES, ESQ.
FINKELSTEIN & PARTNERS
1279 ROUTE 300 PO BOX 1111
NEWBURGH, NY 12551


JOSTENS, INC
ATTN PRESIDENT
21336 NETWORK PLACE
CHICAGO, IL 60673-1213


KEMMERER, JENNIFER
28 VANDEWATER DR
WAPPINGERS FALLS, NY 12590


KEYSTONE UNIFORM CAP
ATTN PRESIDENT
2251 FRALEY ST STE 8
PHILADELPHIA, PA 19137-1824


KONICA MILOLTA BUS SOLUTIONS
ATTN PRESIDENT
DEPT AT 952823
ATLANTA, GA 31192-2823

```
LANDMARK DEVELOPMENT PARTNERS
ATTN ANTHONY DESA
10655 PARK RUN DR STE 210
LAS VEGAS, NV 89144


LI, VIVIAN HUAN YAN
6-02 CLINTONVILLE ST
WHITESTONE, NY 11357


LIBERTY ENVIRONMENTAL MGMT
ATTN PRESIDENT
2629 ROUTE 302
MIDDLETOWN, NY 10941


LIN, LAN
8330 WILDFLOWER DRIVE
POWELL, OH 43065


LINEY, JAMES
14 MEMORIAL DRIVE
NEWBURGH, NY 12550


MARYANN O'DELL
RECEIVER OF TAXES
PO BOX 341
CORNWALL, NY 12518


MCGRATH & CO
ATTN PRESIDENT
1069 MAIN ST
FISHKILL, NY 12524


MCGUINNESS, JAMES P
203 COUNTY ROUTE 17
PINE BUSH, NY 12566


MERRILL CHARLES OFFICE EQUIP
ATTN PRESIDENT
190 SOUTH ROBINSON AVE
NEWBURGH, NY 12550


MIDDLE STATES ASSOC COLLEGES
ATTN PRESIDENT
3624 MARKET ST
PHILADELPHIA, PA 19104
```

```
MOBILE LIFE SUPPORT SERVICES
ATTN PRESIDENT
PO BOX 471
NEWBURGH, NY 12551


MVP SPORTS CARE INC
ATTN PREISDENT
27 CHESTNUT LANE
NEWBURGH, NY 12550


MY VALET
ATTN PRESIDENT
240 HUDSON ST
CORNWALL ON HUDSON, NY 12520


NANINNI & CALLAHAN EXCAVATION
ATTN PRESIDENT
PO BOX 163
CORNWALL, NY 12518


NEW ENGLAND WOODCRAFT INC
ATTN PRESIDENT
PO BOX 165
FOREST DALE, VT 05745


NEW YORK LEAK DETECTION
ATTN PRESIDENT
PO BOX 269
JAMESVILLE, NY 13078


NEW YORK STATE INS FUND
ATTN PRESIDENT
PO BOX 5238
NEW YORK, NY 10008-5238


NEWS OF THE HIGHLANDS INC
ATTN PRESIDENT
PO BOX B
CORNWALL, NY 12518


NOVESKY, NEIL
16 CLARKWOOD DRIVE
CORNWALL, NY 12518
```

```
NYS DEPT OF TAX & FINANCE
CIVIL ENFORCEMENT CO ATC
WA HARRIMAN CAMPS
ALBANY, NY 12227-0001


NYS UNEMPLOYMENT INSURANCE
PO BOX 4301
BINGHAMTON, NY 13902-4301


OLDHAM, THOMAS R
PO BOX 115
HIGHLAND FALLS, NY 10928


ORANGE COUNTY PRODUCTIONS
ATTN PRESIDENT
PO BOX 690
CORNWALL, NY 12518


ORANGE COUNTY SHERIFF'S OFFICE
110 WELLS FARM RD
ATTN: CIVIL UNIT
GOSHEN, NY 10924


ORANGE CTY CHAMBER OF COMMERCE
ATTN PRESIDENT
30 SCOTT'S CORNERS DRIVE
MONTGOMERY, NY 12549


P & P QUICK COPY CENTER INC
ATTN PRESIDENT
571 UNION AVE
NEW WINDSOR, NY 12553


PANSTAR PROPANE
ATTN PRESIDENT
PO BOX 87
PINE ISLAND, NY 10969


PATTERSON BELKNAP ET AL
ATTN PRESIDENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
```

PATTERSON MEDICAL SUPLY INC
ATTN PRESIDENT
PO BOX 21773
CHICAGO, IL 60673-1217


PEARSON EDUCATION INC
ATTN PRESIDENT
PO BOX 409496
ATLANTA, GA 30384-9496


PETER NEUMAN, ESQ.
REFEREE
9 BRADEN PLACE
CORNWALL ON HUDSON, NY 12520


PETRO PLUMBING & HEATING INC
ATTN PRESIDENT
2989 US ROUTE 9W
NEW WINDSOR, NY 12553


PHILADELPHIA INS CO
ATTN PRESIDENT
PO BOX 70251
PHILADELPHIA, PA 19176


PITNEY BOWES GLOBAL FINANCIAL
ATTN PRESIDENT
PO BOX 371887
PITTSBURGH, PA 15250-7887


POLLACK PAINT & FIELD
ATTN PRESIDENT
119 WOODWORTH AVE
YONKERS, NY 10701


PRUSMAK, A JON
837 SHERRY DRIVE
VALLEY COTTAGE, NY 10989


PURCHASE POWER
ATTN PRESIDENT
PO BOX 371874
PITTSBURGH, PA 15250-7871

QUEST ENVIRONMENTAL SOLUTIONS
ATTN PRESIDENT
PO BOX 546
HOPEWELL JUNCTION, NY 12533


RIDDELL/ALL AMERICAN SPORTS CO
ATTN PRESIDENT
4230 PAYSPHERE CIRCLE
CHICAGO, IL 60674


RIM PLUMBING & HEATING SUPPLY
ATTN PRESIDENT
2-8 JOHNES ST
NEWBURGH, NY 12550


ROSETTA STONE LTD
ATTN PRESIDENT
135 WEST MARKET ST
HARRISONBURG, VA 22801


SAILER, ROBERT
29 PADDOCK PLACE
NEWBURGH, NY 12550


SATOWSKI, BERNIE
6 SPRINGHOUSE LANE
APT D
MONTGOMERY, NY 12549


SCHEIN, HENRY INC
ATTN PRESIDENT
PO BOX 371952
PITTSBURGH, PA 15250


SKIVINGTON, JAMES
40 MERRIEWOLD LANE SOUTH
MONROE, NY 10950


SMITH, ROBERT E
281 NORTH MAIN ST
MONROE, NY 10950


SOROKA, KENNY
11 FERN ST
MIDDLETOWN, NY 10940

```
SPRINT
ATTN PRESIDENT
PO BOX 4181
CAROL STREAM, IL 60197-4181


SUSAN C. SHEIBLE
RECEIVER OF TAXES
555 UNION AVE
NEW WINDSOR, NY 12553


THOMPSON, JAMES
326 PLAINS ROAD
WALLKILL, NY 12589


TIME WARNER CABLE
ATTN PRESIDENT
PO BOX 11820
NEWARK, NJ 07101-8120


TIMES HERALD RECORD
ATTN PRESIDENT
PO BOX 2046


TRUSS, ARTHUR D JR
46 SCHNEIDER AVE
HIGHLAND FALLS, NY 10928


ULINE
ATTN PRESIDENT
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED AC REFRIGERTION
ATTN PRESIDENT
522 SOUTH ST
NEWBURGH, NY 12550


UNUMPROVIDENT
ATTN PRESIDENT
100 NORTHFIELD DRIVE
WINDSOR, CT 06095


US DEPT OF ED PMT CTR
ATTN PRESIDENT
PO BOX 10581
ATLANTA, GA 30348-5081
```

VAILS GATE LAUNDRY & DRY CLEAN
ATTN PRESIDENT
PO BOX 395
VAILS GATE, NY 12584


VAN DAM, DREW J JR
394 ANGOLA RD
CORNWALL, NY 12518


VANGUARD INDUSTRIES EAST INC
ATTN PRESIDENT
1172 ASALEA GARDEN
NORFOLK, VA 23502


VERIZON
ATTN PRESIDENT
PO BOX 15124
ALBANY, NY 12212-5124


VILLAGE OF CORNWALL-ON HUDSON
325 HUDSON ST
CORNWALL ON HUDSON, NY 12520


WARREN LYNN LANDSCAPING
ATTN PRESIDENT
18 NORTH FOSTERTOWN DR
NEWBURGH, NY 12550


WEINTRAUB BROTHERS COMPANY
ATTN PRESIDENT
2695 PHILMONT AVE
HUNTINGDON VALLEY, PA 19006


WEST POINT TOURS INC TRAILWAYS
ATTN PRESIDENT
PO BOX 125
VAILS GATE, NY 12584


WESTON MAGAZINE INC
ATTN PRESIDENT
PO BOX 1006
WESTON, CT 06883


WOOTEN, ANTHONY
110 HEITMAN DR
SPRING VALLEY, NY 10977

# United States Bankruptcy Court
## Southern District of New York

In re  __New York Military Academy__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __New York Military Academy__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  3, 2015__

Date

**/s/ Lewis D. Wrobel**

**Lewis D. Wrobel**

Signature of Attorney or Litigant

Counsel for   **New York Military Academy**

**Lewis D. Wrobel, Esq.**
**201 South Avenue**
**Suite 506**
**Poughkeepsie, NY 12601**
**845-473-5411 Fax:845-473-3430**
**lewiswrobel@verizon.net**

## United States Bankruptcy Court
### Southern District of New York

In re  **New York Military Academy**                          Case No. _____
                                        Debtor(s)       Chapter     **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,David B. Fields , declare under penalty of perjury that I am the First Vice President  of  **New York Military Academy**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th  day of January, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that ,  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that ,  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that ,  of this Corporation is authorized and directed to employ **Lewis D. Wrobel**, attorney and the law firm of **Lewis D. Wrobel, Esq.** to represent the corporation in such bankruptcy case."

Date  March 3, 2015 _____        Signed  /s/ David B. Fields _____

Resolution of Board of Directors
of
**New York Military Academy**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Lewis D. Wrobel**, attorney and the law firm of **Lewis D. Wrobel, Esq.** to represent the corporation in such bankruptcy case.

Date  March 3, 2015 _____    Signed  **/s/ David B. Fields** _____

Date  _____    Signed  _____