| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | Return date: March 6, 2015<br>Time: 12:00 pm |

-----------------------------------------------------------X

In re:                                                                         CHAPTER 11

    NEW YORK MILITARY ACADEMY,            CASE NO. 15-35379 CGM

                      Debtor.

-----------------------------------------------------------X

## NOTICE OF HEARING FOR AN INTERIM ORDER PURSUANT TO 11 USC § 105, § 362, § 364(C), AND § 364(D) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 4001 AND 6003 TO PROVIDE DEBTOR-IN-POSSESSION FINANCING

**PLEASE TAKE NOTICE,** that upon the application of New York Military Academy, the Chapter 11 debtor and upon the supporting Declaration of David Fields, First Vice-President of the debtor, the debtor will move this Court before the Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge at 355 Main Street, Poughkeepsie, New York, on the 6th day of March, 2015 at 12:00 pm noon of that day, or as soon thereafter as counsel may be heard, for an Order pursuant to 11 U.S.C. § 105, 362, 364(c) and 364(d) and Federal Rules of Bankruptcy Procedure 4001 and 6003 to authorize debtor-in-possession financing for the Chapter 11 debtor herein and for such other and further relief as to this Court may seem just and proper.

    Answering papers, if any, shall be served and filed with the Court by 5:00 pm on March 5, 2015.

Dated: Poughkeepsie, New York
        March 5, 2015

                                                          */s/ Lewis D. Wrobel*
                                                          LEWIS D. WROBEL, ESQ.
                                                          Attorney for New York Military Academy
                                                          201 South Avenue, Suite 506
                                                          Poughkeepsie, NY 12601
                                                          Phone: 845-473-5411

                                              Fax: 845-473-3430
                                              lewiswrobel@verizon.net

TO:   Eric Small, Esq.
        Office of the U.S. Trustee
        74 Chapel Street
        Albany, NY 12207

        All Secured Creditors

        20 Largest Unsecured Creditors