EXHIBIT "A"

DIP Loan Usage Planning for balance of 2014/2015 - FIRST FOUR WEEKS
March 2, 2015 through Aug. 31, 2015 v.3
draft: 2/25/2015 KK

- Restricted spending, many labor+service cuts
- Close Palmer House
- Close Barn and pools, close the buildings
- Move Infirmary, close building
- Teachers: 2 weeks cut in pay,term 5/30. 39of41 weeks.
- Cancel LTD+Life Ins March 1
- GRAD May 30 IN CHAPEL!!
- Spend NO more on buses, no use or maint.
- Athletics: HOME games only+intramurals
- Reduce Website contract
- Anticipate increased postage/mailing costs
- No longer mow EE houses
- No summer activity
- Simple Ring Hop dinner
- Stopped operating expenses at Aug.31
- Payroll details on Tab 2
- Assume no parent refunds
- Assumes Starting Cash is ZERO
- Hire 4 security guards
- No President's salary added
- No new Admission Dir. Added

Labor cut assumptions:
Immediate cuts 3/2/15:
Caroline Petro-cut to 20 hrs/wk
Librarian
Athletics Dir.
1 janitor
1 maint crew member
Tailor: cut to 10hrs/wk
Charlie Williams cut to 20hrs/wk
Bailey

Everyone else laid off May 31, 2015.

KK
Admin
2 maint
CW p/t
AD?other?
Security

NO OPER EXPENSES

| Item | Trade balance pre-petition for vendors with deposits | Week ending March 6, 2015 | Week ending March 13, 2015 | Week ending March 20, 2015 | Week ending March 27, 2015 | April 2015 | May 2015 | June 2015 | July 2015 | August 2015 | September 2015 | Totals | Comments / Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anticipated receipts | | $1,500 | $3,000 | $1,500 | $50,500 | $55,000 | $6,000 | $0 | $0 | $0 | $0 | $117,500 | |
| **Payroll & Benefits payments:** | | | | | | | | | | | | | |
| Payroll Liabilities, including salary, taxes. | ($45,000) | (73,606) | 0 | (72,000) | 0 | (123,000) | (199,000) | (55,000) | (30,000) | (26,000) | 0 | ($578,606) | |
| Vacation payouts | | 0 | 0 | (7,765) | (7,000) | (7,000) | (7,000) | (65,206) | (7,000) | (7,000) | 0 | ($72,971) | |
| TIAA-CREF contribution | (700) | (350) | 0 | (350) | (315) | (315) | (315) | (315) | (315) | 0 | ($1,950) | |
| Insurance: Medical, Dental, STD | (6,847) | 0 | 0 | 0 | 0 | (6,847) | (6,847) | (300) | 0 | 0 | 0 | ($28,692) | |
| Pension Plan expense-annual July/ not pay | 0 | 0 | 0 | 0 | 0 | 0 | (2,717) | (2,717) | (2,717) | 0 | $0 | $47000 due July |
| Insurance: Wrkr Comp | (7,800) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($22,600) | $0 will not pay |
| Unemployment expense-will not pay | ($11,700) | 0 | 0 | 0 | (3,900) | (3,900) | (3,900) | (1,500) | 0 | 0 | 0 | $0 | will not pay |
| **Instructional Operating** | | | | | | | | | | | | | |
| Commandant + JROTC | | (50) | 0 | (50) | (100) | (50) | (200) | 0 | 0 | 0 | 0 | ($350) | |
| Academics, including Art,Sci,+Lib | | (100) | (50) | (100) | (125) | (100) | (200) | (150) | (150) | (300) | 0 | ($700) | |
| Academic Technology | | 0 | 0 | (125) | (125) | (400) | (400) | 0 | 0 | 0 | 0 | $0 | |
| ESL | | 0 | 0 | 0 | (800) | (500) | (500) | 0 | 0 | 0 | 0 | ($100) | |
| Commencement-in Chapel to save $ | | 0 | 0 | 0 | 0 | (100) | (100) | (100) | 0 | 0 | 0 | ($200) | |
| Athletics | | (300) | 0 | 0 | (100) | (400) | (200) | (200) | 0 | 0 | 0 | ($1,000) | |
| **Institutional Operating** | | | | | | | | | | | | | |
| Admissions, incl. Advertising | | 0 | 0 | 0 | (1,000) | (1,000) | (2,000) | 0 | 0 | 0 | 0 | ($5,000) | |
| Business office | ($200,000) | (145,000) | 0 | 0 | (100) | (100) | 0 | 0 | 0 | 0 | 0 | ($145,000) | $102,000 deposit |
| Transportation | ($2,400) | (1,000) | 0 | (900) | (1,000) | (1,000) | (900) | 0 | 0 | 0 | 0 | ($4,900) | |
| Website | ($2,540) | 0 | (500) | 0 | (50) | (100) | (50) | 0 | (150) | 0 | 0 | ($1,350) | |
| Superintendent | | (2,300) | 0 | 0 | (800) | (500) | (500) | 0 | 0 | 0 | 0 | ($1,050) | |
| **Cadet Services Operating** | | | | | | | | | | | | | |
| Cadet Activities-PA funds | | 0 | 0 | (50) | (50) | (100) | (100) | (100) | 0 | 0 | 0 | ($4,100) | $1,500 deposit |
| Mess Hall | | (500) | (500) | 0 | (100) | (200) | (200) | 0 | 0 | 0 | 0 | ($400) | |
| Infirmary, includes Doctor fee | | | | | | | | | | | | | |
| **Cadet Services** | | | | | | | | | | | | | |
| Cadet Store other inventory expense | | 0 | 0 | 0 | 0 | (10) | (10) | (10) | 0 | 0 | 0 | ($220) | |
| Cadet Store expense | ($415) | 0 | 0 | 0 | (10) | (100) | (100) | 0 | 0 | 0 | 0 | $0 | |
| Barber | | 0 | (400) | (400) | (250) | (450) | 0 | 0 | 0 | 0 | $0 | |
| **Auxiliary Expenses** | | | | | | | | | | | | | |
| Uniforms | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($1,100) | |
| Laundry & Dry Cleaning | ($700) | (1,000) | (750) | 0 | (750) | (1,200) | (1,200) | 0 | 0 | 0 | 0 | ($4,900) | |
| Shrapnel yearbook-PA funds | | 0 | 0 | 0 | 0 | 0 | (3,000) | 0 | 0 | 0 | 0 | ($3,000) | $1000 deposit |
| Event Fees Holding expense | | (50) | 0 | (250) | (250) | (500) | (500) | (500) | 0 | 0 | 0 | ($2,050) | |
| **Maintenance** | | | | | | | | | | | | | |
| Capital Expenditures | | 0 | 0 | 0 | (1,000) | (1,000) | 0 | (1,000) | 0 | (1,000) | 0 | ($4,000) | |
| Maintenance, incl. grounds+plowing/salting | | (800) | (800) | (2,000) | (10,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | 0 | ($48,600) | |
| Vehicle Lease | | 0 | 0 | 0 | (315) | (315) | (315) | (315) | (315) | (315) | 0 | ($2,236) | Lease expires Aug. |
| Vehicle Operating | | (346) | 0 | 0 | (400) | (750) | (250) | 0 | 0 | 0 | 0 | ($2,000) | |
| Trash Removal | ($3,454) | (250) | 0 | (350) | (1,727) | (1,727) | (1,727) | (2,227) | 0 | 0 | 0 | ($14,135) | $5,000 deposit |
| Alarm & Security | | (5,000) | (1,727) | 0 | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (500) | 0 | ($8,000) | |
| Rental Houses expense | | (1,250) | 0 | 0 | (50) | (50) | 0 | 0 | 0 | 0 | 0 | ($100) | |
| | | 0 | 0 | 0 | | | | | | | | | |

| Item | Trade balance pre-petition for vendors with deposits | Week ending March 6, 2015 | Week ending March 13, 2015 | Week ending March 20, 2015 | Week ending March 27, 2015 | April 2015 | May 2015 | June 2015 | July 2015 | August 2015 | September 2015 | Totals | Comments / Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property/school taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | will not pay |
| Prop / Casualty Insurance | | (10,668) | 0 | (10,668) | 0 | (10,668) | (10,668) | (5,000) | 0 | 0 | 0 | ($57,672) | |
| D+O Ins. Tail | | 0 | (30,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($30,000) | |
| Water | ($317,480) | (30,000) | (10,000) | 0 | 0 | (10,000) | (7,500) | 0 | 0 | 0 | 0 | ($57,500) | $20,000 deposit |
| Transportation Fuel | | 0 | 0 | 0 | (300) | 0 | (300) | 0 | 0 | 0 | 0 | ($600) | |
| Network Maintenance | | (125) | (125) | (125) | (125) | (250) | (250) | (250) | (0) | 0 | 0 | ($1,250) | |
| Blackbaud annual maintenance | ($18,776) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | |
| Electricity + Natural Gas | ($62,921) | (70,000) | (62,000) | 0 | 0 | (40,000) | (1,000) | 0 | 0 | 0 | 0 | ($173,000) | $50,000 deposit |
| Oil | ($38,122) | (46,400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($46,400) | $46,400 deposit |
| **Institutional** | | | | | | | | | | | | | |
| Professional expense below | | | | | | | | | | | | | |
| Auditor / compilation cost | | (1,500) | 0 | 0 | (2,500) | (2,500) | (1,500) | (1,500) | 0 | 0 | 0 | ($9,500) | |
| Payroll processing exp. | | (340) | 0 | 0 | (170) | (340) | (490) | (250) | (250) | (200) | 0 | ($2,040) | |
| Postage | | (300) | 0 | 0 | (200) | (1,000) | (750) | (500) | (500) | (750) | 0 | ($4,300) | |
| Telephone | ($1,511) | (1,511) | 0 | (300) | (1,511) | (1,511) | (1,027) | (1,027) | (1,027) | (1,027) | 0 | ($8,641) | $1511 deposit |
| Interest- not paying it | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | not paying it |
| Bank Fees | | (200) | 0 | 0 | (200) | (200) | (200) | (200) | (200) | (200) | 0 | ($1,200) | |
| Misc. Exp | | 0 | 0 | 0 | (500) | (2,000) | 0 | 0 | 0 | 0 | 0 | ($2,500) | |
| Other | | 0 | 0 | 0 | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | 0 | 0 | ($50,000) | |
| Interst/Late fees/bank charges | | (7) | (493) | 0 | (7) | (500) | (250) | (100) | (100) | (100) | 0 | ($1,557) | |
| **Development Exp.** | | | | | | | | | | | | | |
| Unrestricted Donation spent(dev) | | 0 | 0 | 0 | (50) | (50) | (50) | 0 | 0 | 0 | 0 | ($150) | |
| Cadet Bank-pass thru to students | | (500) | 0 | 0 | (1,250) | (1,500) | (5,000) | (3,000) | 0 | 0 | 0 | ($12,500) | |
| Credit balance refunds to parents-no | | 0 | 0 | (1,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | |
| NYS Sales Tax annual remittance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($1,000) | |
| Chase credit card payments | ($8,000) | (2,000) | (2,000) | 0 | 0 | (2,000) | (2,000) | 0 | 0 | 0 | 0 | ($8,000) | |
| **Total Operational Needs** | | (408,650) | (106,695) | (95,333) | 11,760 | (179,458) | (265,824) | (160,102) | (59,409) | (45,909) | 0 | (1,309,620) | |
| **Professional Fees:** | | | | | | | | | | | | | |
| Mortgage Recording Tax 1.05% | | (18,375) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($18,375) | |
| Interest on $1.75M DIP Loan | | (3,646) | (3,646) | (3,646) | (3,646) | (14,583) | (14,583) | (14,583) | (14,583) | (14,583) | (14,583) | ($102,083) | |
| Commitment Fee DIP loan 2% | | (35,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($35,000) | |
| DIP Loan monitoring fee | | (1,000) | 1,000 | 0 | 0 | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | ($8,000) | |
| DIP Loan Closing costs 1% | | (17,500) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($17,500) | |
| DIP Loan Deposit (10000 from loan) | | (10,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ($10,000) | |
| UCC Fee | | (10,000) | (10,000) | 0 | 0 | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | ($80,000) | |
| **TOTAL LOAN COSTS for $1.75M** | | (95,521) | (14,646) | (3,646) | (3,646) | (25,583) | (25,583) | (25,583) | (25,583) | (25,583) | (25,583) | ($70,988) | |
| Legal Fees atty for NYMA | | (20,000) | (25,000) | 0 | 0 | (25,000) | (15,000) | (15,000) | (5,000) | (5,000) | (5,000) | ($115,000) | |
| US Trustee fee | | (5,000) | (5,000) | 0 | 0 | (5,000) | (5,000) | (5,000) | (5,000) | (4,000) | (4,000) | ($38,000) | |
| Other Professional expenses | | (5,000) | (5,000) | 0 | 0 | (5,010) | (2,500) | (2,500) | (2,500) | (7,500) | (7,500) | ($37,500) | |
| **TOTAL BK PROCESS COSTS** | | (30,000) | (35,000) | 0 | 0 | (35,000) | (22,500) | (22,500) | (12,500) | (16,500) | (16,500) | ($190,500) | |
| **TOTALS** | (713,019) | (534,171) | (156,341) | (98,979) | 8,114 | (240,041) | (313,907) | (208,185) | (97,492) | (87,992) | (42,083) | (1,771,078) | |

From not loan proceeds:
atty retainer
DIP Loan deposit
Assume these use up any last cash left.