**EXHIBIT "A"**

15-35379-cgm    Doc 6-5    Filed 03/05/15    Entered 03/05/15 14:51:33    Exhibit A to
Declaration of D. Fields    Pg 2 of 2
1/8/2015
Cornwall OKs $19.5K for survey of NYMA - Gate House

By Michael Randall
January 07, 2015 6:51PM

Print Page

# Cornwall OKs $19.5K for survey of NYMA

CORNWALL — The Town Board is continuing to take steps toward a possible purchase of the New York Military Academy property.

The only hitch so far is that NYMA's board of trustees has not said yes - or no - to the idea.

The town made an offer to buy the property for $8 million through a letter of intent delivered to the trustees last April.

At Tuesday's board work session, former supervisor Richard Randazzo asked why the board is continuing to spend money without knowing whether NYMA is even entertaining the idea of selling.

But current Supervisor Randy Clark said the town needs to take the steps it's taking now, and is proceeding on the assumption that its offer eventually will be accepted.

On Tuesday night, the board approved spending $19,500 for a survey of the property by C.T. Male Associates, of Latham. In December, the board approved spending $6,500 for an appraisal of the NYMA property.

According to Clark, the town is primarily interested in acquiring the NYMA property in order to obtain more athletic fields. The town would lease the site back to NYMA, which would continue to operate, and the fields could be used by others when not needed for school teams.

Anthony Desa, the president of NYMA's board of trustees, could not be reached for comment on Wednesday.

At an informational meeting for the community at the school last June, Desa said flatly that the school was not being sold nor was it for sale. That meeting – two months after the town's offer to buy - was called after sale rumors had spread through the town the week before.

Rumors that the school is either closing or being sold have become almost annual occurrences in Cornwall. The college preparatory school founded in 1889 nearly did close in 2010, but was saved after a plan was worked out that included a new loan to pay down existing debt, a new board of trustees and selling off about 250 of NYMA's 550 acres.

mrandall@th-record.com

The Cornwall Town Board has approved spending $26,000 for a survey and an appraisal of the New York Military Academy property in Cornwall as part of their $8 million offer to purchase the property. The school's board of trustees has not said that they are selling the property. TIMES HERALD-RECORD FILE PHOTO

http://www.recordonline.com/article/20150107/NEWS/150109548

Print Page