EXHIBIT "B"

# McGrath & Company, Inc.
Real Estate Appraisers & Counselors

*Dutchess:* 1069 Main Street, Fishkill, NY 12524
(845) 896-5333 - fax (845) 896-5340
Email: 1069main@optonline.net

*Westchester:* 444-D Old Post Road, Bedford, NY 10506
(914) 234-6300 - fax (914) 234-9332

## SUMMARY REAL PROPERTY APPRAISAL REPORT

## NEW YORK MILITARY ACADEMY

78 Academy Avenue
Town of Cornwall
Orange County, New York

Special Purpose (School) &
Excess Real Estate

McGrath File #C1407033

### Submitted

Anthony Desa, President
Board of Trustees
New York Military Academy
78 Academy Street
Cornwall, NY 12518

### Valuation Date

July 22, 2014

# McGrath & Company, Inc.
Real Estate Appraisers & Counselors

*Dutchess:* 1069 Main Street, Fishkill, NY 12524
(845) 896-5333 - fax (845) 896-5340
Email: 1069main@optonline.net

*Westchester:* 444-D Old Post Road, Bedford, NY 10506
(914) 234-6300 - fax (914) 234-9332

July 29, 2014

Anthony Desa
President, Board of Trustees
New York Military Academy
78 Academy Street
Cornwall, NY 12518

          Re:  New York Military Academy
               78 Academy Avenue
               Town of Cornwall
               Orange County, New York

Dear Sirs:

As requested, we have completed an inspection and analysis of the captioned property for the purpose of developing an opinion of the market value of the subject properties as of July 22, 2014.

The subject properties consist of the following:

| | |
|---|---|
| Unit I - | 77.3-acre parcel improved with a military preparatory school consisting of several administrative, academic and dormitory facilities, accessory structures, and apartments as well as several single family residences. |
| Unit II - | 35-acre parcel of vacant land. |
| Unit III - | 1.10-acre parcel of vacant land. |

This letter does not in itself constitute an appraisal. Rather, it serves to transmit the following summary appraisal report. The appraisal report describes the scope of the appraisal, the techniques of valuation and summarizes the reasoning leading to the opinion of value. The report is subject to the enclosed limiting conditions and assumptions.

Based upon our familiarity with the subject property, our knowledge of property values in the Cornwall area, and our knowledge of the Orange County real estate market in general, it is our opinion that the market value of the subject property, as of July 22, 2014, was as follows:

| Unit # | Description | Value |
|---|---|---|
| I - | Military preparatory school on 77.3 Acres | $8,825,000 |
| II - | 35-acre parcel of vacant land | 1,260,000 |
| III - | 1.10-acre parcel of vacant low-utility land | 15,000 |
| | Total Value of Subject Properties ® | $10,100,000 |

Further, it is our opinion that the marketing period of the subject properties will be one to two years.

Thank you for the opportunity to provide our professional services. If we can be of further assistance in this matter, please call.

Very truly yours,

Gerald M. Carey, MAI
State Certified General Real Estate Appraiser No. 46-26238

Donald M. McGrath, MAI, ASA
State Certified General Real Estate Appraiser No. 46-2839

McGrath & Company, Inc.