**GENOVA & MALIN**
ATTORNEYS AT LAW
HAMPTON BUSINESS CENTER
1136 ROUTE 9
WAPPINGERS FALLS, NY 12590

TEL. (845) 298-1600
FAX (845) 298-1265
E Mail: genmallaw@optonline.net

THOMAS GENOVA
ANDREA B. MALIN

MICHELLE L. TRIER

LEGAL ASSISTANTS
DANIELLE A. RICE x 202
LEAH MADERA x 211
KENDRA R. COLLINS x 213

TRUSTEE CASE MANAGER
ELKE R. TERWILLIGER x 205

March 23, 2015

<u>Via Electronic & First Class Mail</u>
Lewis D. Wrobel, Esq.
201 South Avenue
Poughkeepsie, NY 12601

Re: **New York Military Academy**
**Chapter 11; Case No. 15-35379 (CGM)**

Dear Lew:

As a follow-up to our prior conversations regarding the above-referenced matter, I enclose for your review pertinent pages of a title report recently issued regarding the New York Military Academy real property. It appears that a mortgage was filed against said real property by Landmark Development Partners, LLC, on June 20, 2014 in the amount of $1,014,500.00. Furthermore, it appears that Anthony Desa, the Chairman of the Board of New York Military Academy, is also a member or principal of Landmark Development Partners, LLC, making said entity an insider pursuant to 11 U.S.C. §101(31) and as such, said mortgage lien is avoidable as a preferential transfer pursuant to 11 U.S.C. §547(c)(5).

In addition, it appears that a Confession of Judgment in the amount of $344,924.67 was filed with the New York Supreme Court, County of Orange, on December 19, 2014, in favor of David Fields. As a member of the board of New York Military Academy, Mr. Fields is also an insider pursuant to 11 U.S.C. §101(31).

Please undertake whatever may be necessary, by way of a Consent Stipulation or the commencement of the appropriate Adversary Proceeding, to have the underlying liens removed as against the title to the debtor's real property. My client is quite concerned that the continued existence of these liens, which are on the face preferential, could have adverse consequences in any sale and further could chill or even dissuade potential bidders at a sale.

Please advise accordingly.

Thank you for your attention to this matter.

Very truly yours,

GENOVA & MALIN

THOMAS GENOVA

TG/ef
Enclosures
cc: Joseph P. Rones, Esq. and Eric J. Small, Esq.

## Mortgages - continued

Mortgage Number 2    of 2                                    Title Number  HN 53126

Mortgagor       **New York Military Academy**

Mortgagee       **Landmark Development Partners, LLC**

Amount          $1,014,500.00
Dated           06/18/2014
Recorded        06/26/2014
Liber           13763
Page            1546

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage.  The informaton set forth herein is obtained from the recorded instrument.  Sometimes the provisions of a mortgage may be modified by agreements which are not recorded.  We suggest that you communicate with the mortgagee if you desire any additional information.  If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

| | |
|---|---|
| Instr #: | 20140099719 |
| Book/Page: | 8151 / 443 |
| Case #: | 009430-2014 |
| Rec Date: | 12/19/2014   02:54:06 PM |
| Doc Grp/Desc: | JMT / CIVIL JUDGMENTS(CT) |
| Creditor: | FIELDS DAVID B<br>130 N 18TH ST 17TH FL<br>PHILADELPHIA PA 19130 |
| Debtor: | NEW YORK MILITARY ACADEMY<br>78 ACADEMYAVE<br>CORNWALL ON HUDSON NY |
| Court Name: | SUPREME |
| Where Perfected: | ORANGE |
| Perfected Date: | 12/19/2014 |
| Perfected Time: | 02:54 PM |
| Total: | $344,924.67 |
| Plaintiff Attorney: | CORBALLY GARTLAND & RAPPLEYEA<br>35 MARKET STREET<br>POUGHKEEPSIE NY 12601 |
| Related: | 12/19/2014   CIVIL   Case#: 009430-2014 |

CORRECTIONS: (As of 03/16/2015 03:06 PM)
NONE