UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In re:

NEW YORK MILITARY ACADEMY,

Debtor.

Chapter 11

Case No. 15- 35379 (CGM)

## NOTICE OF MOTION FOR AN ORDER MODIFYING
## THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1)

**PLEASE TAKE NOTICE** that Advanced Learning Group, LLC, by and through its counsel, Bond, Schoeneck & King, PLLC, will move before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, United States Courthouse, 355 Main Street, Poughkeepsie, New York on the 21st day of April, 2015 at 10:50 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to 11 U.S.C. § 362(d)(i), granting Advanced Learning Group, LLC an Order Modifying the Automatic Stay to the extent necessary to allow its counterclaim to proceed against New York Military Academy (the "Debtor") in the New York State Supreme Court for Orange County as asserted in the action captioned *New York Military Academy v. NewOpen Group et al.*, Index Number 5948/2013, and granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that all affidavits and memoranda in opposition to the relief requested, if any, shall be filed with the Bankruptcy Court Clerk's

2469772.1

Office, Southern District of New York (Poughkeepsie Division) and served upon the undersigned counsel for the Debtor, no later than seven (7) days prior to the hearing date, in accordance with Local Bankruptcy Rule 9006-1(b).

Dated: March 31, 2015
       Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: _____
Brian J. Butler, Esq.
*Attorneys for Advanced Learning Group*
Office and Post Office Address:
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100

TO: Lewis D. Wrobel, Esq.
Attorney for Debtor
201 South Avenue
Suite 506
Poughkeepsie, NY 12601
Telephone: (845) 473-5411
Fax: (845) 473-3430

Eric J. Small, Esq.
Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, NY 12207
Telephone: (518) 434-4553
Fax: (518) 434-4459

Walter H. Curchack, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Fax: (212) 407-4990

Thomas Genova, Esq.
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590-4332
Telephone: (845) 298-1600
Fax: (845) 298-1265

Kenneth M. Lewis, Esq.
Lewis Law PLLC
120 Bloomingdale Road
Suite 100
White Plains, NY 10605
Telephone: (914) 761-8400
Fax: (914) 761-6316

Gavin McGrane, Esq.
McGrane LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94129
Telephone: (415) 292-4807
Fax: (415) 296-6442

Lance Portman, Esq.
McCabe & Mack LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602
Telephone: (845) 486-6800
Fax: (845) 486-7621

Christopher P. Schueller, Esq.
Buchanan Ingersoll & Rooney PC
301 Grant Street
Pittsburgh, PA 15219-1410
Telephone: (412) 562-8432
Fax: (412) 562-1041

Eric J. Small, Esq.
Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, NY 12207
Telephone: (518) 434-4553
Fax: (518) 434-4459

2469772.1

Ari Bauer, Esq.
Catania, Mahon, Milligram & Rider, PLLC
One Corwin CT
Newburgh, NY 12550
Telephone: (845) 565-1100
Fax: (845) 565-1999

Charles Applebaum
c/o Todd Conn
150 John F. Kennedy Parkway
1st Floor
Short Hills, NJ 07078

Blackbaud
Attn: President
P.O. Box 930256
Atlanta, GA 31193-0256

Bottini Fuel
Attn: President
P.O. Box 1640
Wappingers Falls, NY 12590

The Brunetti Foundation
Attn: President
1655 U.S. Highway 9
Old Bridge, NJ 08857

Central Hudson
Attn: President
284 South Ave., Dept. 100
Poughkeepsie, NY 12601

Corbally Gartland & Rappleyea
35 Market Street
Poughkeepsie, NY 12601

Culinart
Attn: President
175 Sunnyside Road
Plainview, NY 11803

Direct Energy Business LLC
Attn: President
1001 Liberty Center
Pittsburgh, PA 15222

2469772.1

Takeshi Ikemoto
Branche 205 5-36-10
Jingumae
Shiba Ya-Ku
Tokyo 150-001 Japan

Liberty Environmental Mgmt.
Attn: President
2629 Route 302
Middletown, NY 10941

New York State Insurance Fund
Attn: President
P.O. Box 5238
New York, NY 10008-5238

NYS Unemployment Insurance
P.O. Box 4301
Binghamton, NY 13902-4301

Patterson Belknap
Attn: President
1133 Avenue of the Americas
New York, NY 10036-6710

Petro Plumbing & Heating Inc.
Attn: President
2989 U.S. Route 9W
New Windsor, NY 12553

Philadelphia Insurance Co.
Attn: President
P.O. Box 70251
Philadelphia, PA 19176

A. Jon Prusmak
837 Sherry Drive
Valley Cottage, NY 10989

Quest Environmental Solutions
Attn: President
P.O. Box 546
Hopewell Junction, NY 12533

2469772.1

Vails Gate Laundry & Dry Clean
Attn: President
P.O. Box 395
Vails Gate, NY 12584

Weintraub Brothers Company
Attn: President
2695 Philmont Avenue
Huntindon Valley, PA 19006

2469772.1