# LEWIS D. WROBEL

*Attorney at Law*
**201 South Avenue, Suite 506**
**POUGHKEEPSIE, NEW YORK 12601**

---

**(845) 473-5411   FAX (845) 473-3430**

| **LEWIS D. WROBEL** | email: **lewiswrobel@verizon.net** | **PARALEGAL** |
|---|---|---|
| | | **LINDA DUBOIS** |

June 1, 2015

Honorable Cecilia G. Morris
U.S. Bankruptcy Court
355 Main St.
Poughkeepsie, NY 12601

RE:    New York Military Academy
       Case No. 15-35379

Dear Judge Morris:

This letter will confirm my correspondence with the Court Room Deputy wherein the motion of Advanced Learning Group LLC for relief from automatic stay has been adjourned to June 30, 2015 at 11:05 a.m. The adjournment is with consent of counsel for Advanced Learning Group LLC.

Respectfully,

/s/ Lewis D. Wrobel
Lewis D. Wrobel

LDW/jl