**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| **NEW YORK MILITARY ACADEMY** ) | **Case No. 15-35379 (CGM)** |
| ) | **Honorable Cecelia G. Morris** |
| ) | |
| **Debtor.** ) | |
| ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*,
**BY CREDITOR PENSION BENEFIT GUARANTY CORPORATION**
**FOR UNITED STATES GOVERNMENT ATTORNEY**
**QUINETTE BONDS**

The United States of America, by and through attorney Quinette Bonds of the Pension Benefit Guaranty Corporation ("PBGC"), respectfully requests admission, *pro hac vice*, before the Honorable Judge Cecelia G. Morris for Quinette Bonds to represent the PBGC, a creditor in this case. The grounds for this motion ("Motion") are as follows:

The PBGC is a United States Government agency that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461(2012, Supp. I 2013) ("ERISA").

Under Local Rule 2090-1(b), an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court. I am a member in good standing of the bar of the State of Texas and I have attached a Certificate of Good Standing as Exhibit A.

I am currently employed in PBGC's Office of the Chief Counsel and asks to be admitted *pro hac vice* as attorney of record for creditor Pension Benefit Guaranty Corporation.

My mailing address is: Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Washington, D.C. 20005.

My e-mail address is: bonds.quinette@pbgc.gov. My telephone number is (202) 326-4020, ext. 6008.

Pension Benefit Guaranty Corporation is a U.S. Government agency and is therefore exempt from filing fees.

Dated:  August 6, 2015                     Respectfully submitted,
       Washington, D.C.

                                            /s/ Quinette Bonds
                                            Quinette Bonds
                                            Pension Benefit Guaranty Corporation
                                            Office of the Chief Counsel
                                            1200 K Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone:  (202) 326-4020, ext. 6008
                                            Fax:  (202) 326-4112
                                            Emails:  bonds.quinette@pbgc.gov *and*
                                                    efile@pbgc.gov