REICH REICH & REICH, P.C.
Attorneys for Interested Party
Global Preparatory Academies, LLC
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
By: Nicholas A. Pasalides
npasalides@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

        NEW YORK MILITARY ACADEMY,

                Debtor.
-------------------------------------------------------------X

Chapter 11

Case No. 15-35379(CGM)

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICE PURSUANT TO BANKRUPTCY RULE 9010

**PLEASE TAKE NOTICE** that the undersigned appear for Global Preparatory Academies, LLC, Interested Party.

**REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule 2002, that all notices to which Global Preparatory Academies, LLC is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-

captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
      August 28, 2015

                                REICH REICH & REICH, P.C.
                                Attorneys for Interested Party
                                Global Preparatory Academies, LLC

                                /s/Nicholas A. Pasalides
                                Nicholas A. Pasalides
                                235 Main Street, Suite 450
                                White Plains, NY 10601
                                (914) 949-2126

To:    Clerk's Office
        U.S. Bankruptcy Court
        Southern District of New York
        355 Main Street
        Poughkeepsie, NY 12601

        Lewis D. Wrobel, Esq.
        Attorneys for Debtor
        201 S. Avenue, Suite 506
        Poughkeepsie, NY 12601

        U.S. Trustee's Office
        74 Chapel Street, Suite 200
        Albany, NY 12207
        Attn: Eric J. Small, Esq.