| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION<br>-------------------------------------------------------X<br>In re:<br><br>**NEW YORK MILITARY ACADEMY**<br><br>                               **Debtor.**<br>-------------------------------------------------------X | Return Date: September 24, 2015<br>Time: 8:30 a.m.<br><br><br>CHAPTER 11<br><br>CASE NO. 15-35379 CGM<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the next annexed affidavit of Lewis D. Wrobel. Esq., Attorney for the Chapter 11 Debtor herein sworn to on September 4, 2015. The Debtor will move this Court on September 24, 2015 at 8:30 AM or as soon thereafter as Counsel may be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge of the United States Bankruptcy Court of the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 to consider the Debtor's Motion pursuant to § 105(a) and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004(h) for the entry of an Order approving procedures to sell the Debtor's assets, located in the Town of Cornwall, New York free and clear of liens, claims and encumbrances.

Responses in seven days before the return date.

Dated: Poughkeepsie, New York
       September 4, 2015

                                                                               */s/ Lewis D. Wrobel*_____
                                                                               LEWIS D. WROBEL, ESQ.
                                                                               Attorney for New York Military Academy
                                                                                201 South Avenue, Suite 506
                                                                                Poughkeepsie, NY  12601
                                                                                Phone:  845-473-5411
                                                                                Fax:  845-473-3430
                                                                                E-mail:  lewiswrobel@verizon.net