| | | |
|---|---|---|
| Label Matrix for local noticing<br>NYMA<br>Case 15-35379-cgm<br>Southern District of New York<br>Poughkeepsie<br>Fri Sep  4 09:08:16 EDT 2015 | Central Hudson Gas & Electric Corporation<br>c/o McCabe & Mack LLP<br>63 Washington St<br>PO Box 509<br>Poughkeepsie, NY 12602-0509 | Claims Recovery Group LLC<br>92 Union Avenue<br>92 Union Ave<br>Cresskill, NJ 07626-2128 |
| Corbally, Gartland and Rappleyea, LLP<br>35 Market Street<br>Poughkeepsie, NY 12601-3285 | Cornwall Improvement, LLC<br>Finkelstein and Partners<br>c/o Joe Rones<br>1279 Route 300<br>Newburgh, NY 12550-2918 | DACA VI LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108-3419 |
| Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023-0028 | Ford Motor Credit Company LLC<br>c/o Schiller & Knapp LLC<br>950 New Loudon Rd<br>Latham, NY 12110-2100 | Global Preparatory Academies, LLC<br>3252 Constitution Drive<br>Livermore, CA 94551-7567 |
| ITG Taxable Fund Management, LLC<br>13490 Old Livingston Road<br>Naples, FL 34109-3855 | | PacerPro, Inc.<br>c/o McGrane LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 |
| | TR Capital Management, LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | The Brunetti Foundation<br>1655 U.S. Highway 9<br>P.O. Box 1004<br>Old Bridge, NJ 08857-1004 |
| Town of Cornwall<br>c/o Bond, Schoeneck & King, PLLC<br>Attn:  Sara C. Temes, Esq.<br>One Lincoln Center<br>Syracuse, NY 13202-1306 | Village of Cornwall-on-Hudson<br>325 Hudson Street<br>Cornwall-on-Hudson, NY 12520-1342 | |
| ACCOUNT CONTROL TECH INC<br>ATTN PRESIDENT<br>PO BOX 8012<br>CANOGA PARK, CA 91309-8012 | ACEDRUGS PHARMACY<br>ATTN PRESIDENT<br>192 BROADWAY<br>NEWBURGH, NY 12550-5415 | ACTIVE INTERNET TECHNOLOGIES L<br>ATTN PRESIDENT<br>PO BOX 347912<br>PITTSBURGH, PA 15251-4912 |
| ADVANCED LEARNING GROUP LLC/<br>OBRIDGE ATTN PRESIDENT<br>340 MADISON AVE STE 1920<br>NEW YORK, NY 10173-0002 | AIG Property Casualty, Inc.<br>Ryan G. Foley, Authorized Representative<br>175 Water Street,15th Floor<br>New York, NY 10038-4918 | AJM SECURITY & HOME AUTOMATION<br>ATTN PRESIDENT<br>30 THOMPSON DRIVE<br>WASHINGTONVILLE, NY 10992-1808 |
| ALBRO UTILITES CORP<br>ATTN PRESIDENT<br>PO BOX 2277<br>NEWBURGH, NY 12550-0429 | ALINI MAGAZINE SERVICES<br>ATTN PRESIDENT<br>961 OAKWOOD PL<br>PLAINFIELD, NJ 07060-3437 | AM DIRECT MAIL INC<br>ATTN PRESIDENT<br>84 PRKER AVE<br>POUGHKEEPSIE, NY 12601-1927 |
| AMCSUS<br>ATTN PRESIDENT<br>12332 WASHINGTON BRICE ROAD<br>FAIRFAX, VA 22033-2428 | ANTHONY'S PIER 9<br>ATTN PRESIDENT<br>2975 ROUTE 9W<br>NEW WINDSOR, NY 12553-5469 | APPLEBAUM, CHARLES<br>C/O TODD CONN<br>150 JOHN F KENNEDY PKWY 1ST FL<br>SHORT HILLS, NJ 07078-2703 |

| | | |
|---|---|---|
| ARMITAGE, JEFFREY A<br>12 HOLTS LANE<br>CORNWALL ON HUDSON, NY 12520-1306 | ASHCRAFTS LOCK & DOOR HARDWARD<br>ATTN PRESIDENT<br>6 D'ALFONSO RD<br>NEWBURGH, NY 12550-7203 | ASHLEY MECHANICAL INC<br>ATTN PRESIDENT<br>27 EMERICK ST<br>KINGSTON, NY 12401-3009 |
| Active Internet Technologies, Inc. dba Final<br>655 Winding Brook Drive<br>Glastonbury, CT 06033-4337 | BAUER, ROBERT<br>61 STATION ROAD<br>SALISBURY MILLS, NY 12577-5112 | BEACH, MAXIMILLIAN<br>19 WOLFEBORO RD<br>ETNA, NH 03750-4104 |
| BEARD, WILLIAM G<br>26 FACULTY RD<br>CORNWALL ON HUDSON, NY 12520-1347 | BELLEVILLE SHOE MANUFACTURING<br>ATTN PRESIDENT<br>PO BOX 503995<br>SAINT LOUIS, MO 63150-3995 | BLACKBAUD<br>ATTN PRESIDENT<br>PO BOX 930256<br>ATLANTA, GA 31193-0256 |
| BLICK ART MATERIALS<br>ATTN PREISDENT<br>6910 EEAGLE WAY<br>CHICAGO, IL 60678-1069 | BOTTARI, JOSEPH A<br>6 PINE KNOLL CT<br>MONSEY, NY 10952-5224 | BOTTINI FUEL<br>ATTN PRESIDENT<br>PO BOX 1640<br>WAPPINGERS FALLS, NY 12590-8640 |
| BRUNETTI FOUNDATION, THE<br>ATTN PRESIDENT<br>1655 US HIGHWAY 9<br>OLD BRIDGE, NJ 08857-2835 | BRUNSWICK SCHOOL<br>BRUNSWICK INVITATIONAL WRESTLI<br>C/O T OSTYRE 100 MAHER AVE<br>GREENWICH, CT 06830-5618 | BSN SPORTS INC<br>ATTN PRESIDENT<br>PO BOX 660176<br>DALLAS, TX 75266-0176 |
| Belleville Shoe Manufacturing<br>PO Box 503995<br>Saint Louis, MO 63150-3995 | CARLSTROM, FRANK<br>ATTN PRESIDENT<br>30 MEMORIAL DRIVE<br>NEWBURGH, NY 12550-3216 | CARPET MILL OUTLET<br>ATTN PRESIDENT<br>294 WINDSOR HWY<br>NEW WINDSOR, NY 12553-6908 |
| CENTRAL HUDSON<br>ATTN PRESIDENT<br>284 SOUTH AVE DEPT 100<br>POUGHKEEPSIE, NY 12601-4839 | | CHASE CARD SERVICES<br>ATTN PRESIDENT<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 |
| CINTAS CORPORATION #616<br>ATTN PRESIDENT<br>PO BOX 630803<br>CINCINNATI, OH 45263-0803 | COMMISSIONER OF MOTOR VEHICLES<br>207 GENESSEE ST<br>STE 6<br>UTICA, NY 13501-2812 | CORNERSTONE<br>ATTN PRESIDENT<br>PO BOX 4199<br>WOBURN, MA 01888-4199 |
| CORNWALL IMPROVEMENT LLC<br>ATTN PRESIDENT<br>2975 ROUTE 9W<br>NEW WINDSOR, NY 12553-5469 | CORNWALL LAUNDRY ZONE INC<br>ATTN PRESIDENT<br>21 QUAKER AVE<br>CORNWALL, NY 12518-2111 | CORNWALL SCHOOL DISTRICT<br>24 IDLEWILD AVE<br>Cornwall on Hudson, NY 12520-1134 |
| CULINART<br>ATTN PRESIDENT<br>175 SUNNYSIDE RD<br>PLAINVIEW, NY 11803-1521 | CUNNINGHAM, SEAN T<br>PO BOX 297<br>OTISVILLE, NY 10963-0297 | Central Hudson Gas & Electric Corporation<br>284 South Avenue Dept 100<br>Poughkeepsie, NY 12601-4838 |

| | | |
|---|---|---|
| Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626-2128 | Corbally, Gartland and Rappleyea, LLP<br>35 Market Street<br>Poughkeepsie, New York 12601-3285 | Cornwall Improvements, LLC<br>c/o Joe Rones, Esq.<br>Finkelstein and Partners<br>1279 Route 300<br>Newburgh, NY 12550-2909 |
| D & M MUSIC (JOHN KEAL MUSIC)<br>ATTN PRESIDENT<br>819 LIVINGSTON AVE<br>ALBANY, NY 12206-2004 | DACA VI LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108-3419 | DAVID FIELDS<br>414 GARDEN LANE<br>BRYN MAWR, PA 19010-3626 |
| DESA, ANTHONY<br>26 CONGRESIONAL COURT<br>LAS VEGAS, NV 89113-1333 | DHRUVAM CORP<br>ATTN PRESIDENT<br>32 MARYLAND AVE<br>MIDDLETOWN, NY 10940-6110 | DIRECT ENERGY BUSINESS LLC<br>ATTN PRESIDENT<br>1001 LIBERTY CENTER<br>PITTSBURGH, PA 15222-3728 |
| DURANTS TENTS & EVENTS<br>ATTN PRESIDENT<br>1155 ROUTE 9<br>WAPPINGERS FALLS, NY 12590-4961 | ECOLAB<br>ATTN PRESIDENT<br>PO BOX 905327<br>CHARLOTTE, NC 28290-5327 | EDMISTON, LISA<br>930 GRAND CONCOURSE 7G<br>BRONX, NY 10451-2712 |
| ELITE MAGAZINE INC<br>ATTN PRESIDENT<br>34 W 27TH ST 5TH FLOOR<br>NEW YORK, NY 10001-6909 | Elite Magazine Inc.<br>34 W 27th Street, 5th floor<br>New York, NY 10001-6909 | FEDEX<br>ATTN PRESIDENT<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 |
| FIELITZ, LYNN<br>293 ROCK CUT ROAD<br>WALDEN, NY 12586-2414 | FIRST UNUM LIFE INS CO<br>ATTN PRESIDENT<br>PO BOX 406927<br>ATLANTA, GA 30384-6927 | FLYNN, THOMAS<br>37 TANAGER RD # 3706<br>MONROE, NY 10950-1728 |
| FOLLETTE VIRTUAL BOOKSTORES<br>ATTN PRESIDENT<br>16514 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0165 | FORD CREDIT<br>ATTN PRESIDENT<br>BOX 220564<br>PITTSBURGH, PA 15257-2564 | FORK UNION MILITARY ACADEMY<br>ATTN PRESIDENT<br>PO BOX 278<br>FORK UNION, VA 23055-0278 |
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023-0028 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | G S MEHAR PHYSICIAN PC<br>PO BOX 718<br>CORNWALL, NY 12518-0718 |
| GLATFELTER BROKERAGE SERVICES<br>ATTN: PRESIDENT<br>52 CORPORATE CIRCLE,<br>SUITE 210<br>ALBANY, NY 12203-5176 | GOLF CARS UNLIMITED<br>ATTN PRESIDENT<br>502 ROUTE 17K<br>WALDEN, NY 12586-3015 | GR CORNWALL CHAMBER COMMERCE<br>ATTN PRESIDENT<br>PO BOX 700<br>CORNWALL, NY 12518-0700 |
| GREEN LINE MECHANICAL INC<br>ATTN PRESIDENT<br>PO BOX 362<br>MONTGOMERY, NY 12549-0362 | GREENS OF WOODBURY, INC, THE<br>ATTN PRESIDENT<br>3 VICTORIA COURT<br>CENTRAL VALLEY, NY 10917-3710 | HANOVER UNIFORM CO<br>ATTN PRESIDENT<br>3501 MAMENCO CT<br>BALTIMORE, MD 21230-3411 |

| | | |
|---|---|---|
| HARMON & CASTELLA PRINTING INC<br>ATTN PRESIDENT<br>164 GARDEN ST<br>POUGHKEEPSIE, NY 12601-1934 | HEALTH REPUBLIC OF NY<br>ATTN PRESIDENT<br>PO BOX 842363<br>BOSTON, MA 02284-2363 | HEARST MEDIA SVCS CT LLC<br>ATTN PRESIDENT<br>PO BOX 26900<br>LEHIGH VALLEY, PA 18002-6900 |
| HILL & MARKES INC<br>ATTN PRESIDENT<br>PO BOX 7<br>AMSTERDAM, NY 12010-0007 | HUDSON VALLEY MAGAZINE<br>ATTN PRESIDENT<br>3301 LANCASTER PIKE STE 5-C<br>WILMINGTON, DE 19805-1436 | IKEMOTO, TAKESHI<br>BRANCHE 205 5-36-10 JINGUMAE<br>SHIBAYA-KU<br>TOKYO 150-001 JAPAN |
| IN THE SWIM<br>ATTN: PRESIDENT<br>320 INDUSTRIAL DRIVE<br>WEST CHICAGO, IL 60185-1876 | INSTRUMANTALIST CO, THE<br>ATTN PRESIDENT<br>200 ORTHFIELD RD<br>WINNETKA, IL 60093-3390 | INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0073 |
| INTERSTATE WASTE SERVICES<br>ATTN PRESIDENT<br>PO BOX 553913<br>DETROIT, MI 48255-3913 | ITG TAXABLE FUND LLC<br>13490 Old Livingston Road<br>Naples, FL 34109-3855 | JOSEPH HASPEL PLLC<br>1 WEST MAIN ST<br>GOSHEN, NY 10924-1915 |
| JOSEPH RONES, ESQ.<br>FINKELSTEIN & PARTNERS<br>1279 ROUTE 300 PO BOX 1111<br>NEWBURGH, NY 12551-1111 | JOSTENS, INC<br>ATTN PRESIDENT<br>21336 NETWORK PLACE<br>CHICAGO, IL 60673-1213 | Jacobowitz and Gubits, LLP<br>158 Orange Avenue<br>PO Box 367<br>Walden, NY 12586-0367 |
| KEMMERER, JENNIFER<br>28 VANDEWATER DR<br>WAPPINGERS FALLS, NY 12590-6121 | KENNY SOROKA<br>11 FERN ST<br>MIDDLETOWN NY 10940-5052 | KEYSTONE UNIFORM CAP<br>ATTN PRESIDENT<br>2251 FRALEY ST STE 8<br>PHILADELPHIA, PA 19137-1824 |
| KONICA MILOLTA BUS SOLUTIONS<br>ATTN PRESIDENT<br>DEPT AT 952823<br>ATLANTA, GA 31192-2823 | Konica Minolta Business Solutions, USA<br>500 Day Hill Road<br>Windsor, CT 06095-5711 | LANDMARK DEVELOPMENT PARTNERS<br>ATTN ANTHONY DESA<br>10655 PARK RUN DR STE 210<br>LAS VEGAS, NV 89144-4590 |
| LI, VIVIAN HUAN YAN<br>6-02 CLINTONVILLE ST<br>WHITESTONE, NY 11357-1226 | LIBERTY ENVIRONMENTAL MGMT<br>ATTN PRESIDENT<br>2629 ROUTE 302<br>MIDDLETOWN, NY 10941-3227 | LIN, LAN<br>8330 WILDFLOWER DRIVE<br>POWELL, OH 43065-7398 |
| LINEY, JAMES<br>14 MEMORIAL DRIVE<br>NEWBURGH, NY 12550-3216 | Landmark Development Partners, LLC<br>c/o Lewis Law PLLC<br>120 Bloomingdale Road, Suite 100<br>White Plains, NY 10605-1519<br>Attn.: Kenneth M. Lewis, Esq. | MARYANN O'DELL<br>RECEIVER OF TAXES<br>PO BOX 341<br>CORNWALL, NY 12518-0341 |
| MCGRATH & CO<br>ATTN PRESIDENT<br>1069 MAIN ST<br>FISHKILL, NY 12524-3502 | MCGUINNESS, JAMES P<br>203 COUNTY ROUTE 17<br>PINE BUSH, NY 12566-6312 | MERRILL CHARLES OFFICE EQUIP<br>ATTN PRESIDENT<br>190 SOUTH ROBINSON AVE<br>NEWBURGH, NY 12550-5824 |

| | | |
|---|---|---|
| MIDDLE STATES ASSOC COLLEGES<br>ATTN PRESIDENT<br>3624 MARKET ST<br>PHILADELPHIA, PA 19104-2680 | MOBILE LIFE SUPPORT SERVICES<br>ATTN PRESIDENT<br>PO BOX 471<br>NEWBURGH, NY 12551-0471 | MVP SPORTS CARE INC<br>ATTN PREISDENT<br>27 CHESTNUT LANE<br>NEWBURGH, NY 12550-2008 |
| MY VALET<br>ATTN PRESIDENT<br>240 HUDSON ST<br>CORNWALL ON HUDSON, NY 12520-1518 | McGrath & Co<br>1069 Main Street<br>FIshkill, NY 12524-3502 | NANINNI & CALLAHAN EXCAVATION<br>ATTN PRESIDENT<br>PO BOX 163<br>CORNWALL, NY 12518-0163 |
| NEW ENGLAND WOODCRAFT INC<br>ATTN PRESIDENT<br>PO BOX 165<br>FOREST DALE, VT 05745-0165 | NEW YORK LEAK DETECTION<br>ATTN PRESIDENT<br>PO BOX 269<br>JAMESVILLE, NY 13078-0269 | NEW YORK STATE INS FUND<br>ATTN PRESIDENT<br>PO BOX 5238<br>NEW YORK, NY 10008-5238 |
| NEWS OF THE HIGHLANDS INC<br>ATTN PRESIDENT<br>PO BOX B<br>CORNWALL, NY 12518-0518 | NOVESKY, NEIL<br>16 CLARKWOOD DRIVE<br>CORNWALL, NY 12518-1009 | NYS DEPT OF TAX & FINANCE<br>CIVIL ENFORCEMENT CO ATC<br>WA HARRIMAN CAMPS<br>ALBANY, NY 12227-0001 |
| NYS Dept of Labor<br>Unemployment Insurance Division<br>State Office Building Campus<br>Building 12 Room 256<br>Albany NY 12240-0001 | NYS UNEMPLOYMENT INSURANCE<br>PO BOX 4301<br>BINGHAMTON, NY 13902-4301 | OLDHAM, THOMAS R<br>PO BOX 115<br>HIGHLAND FALLS, NY 10928-0115 |
| ORANGE COUNTY PRODUCTIONS<br>ATTN PRESIDENT<br>PO BOX 690<br>CORNWALL, NY 12518-0690 | ORANGE COUNTY SHERIFF'S OFFICE<br>110 WELLS FARM RD<br>ATTN: CIVIL UNIT<br>GOSHEN, NY 10924-6740 | ORANGE CTY CHAMBER OF COMMERCE<br>ATTN PRESIDENT<br>30 SCOTT'S CORNERS DRIVE<br>MONTGOMERY, NY 12549-2264 |
| P & P QUICK COPY CENTER INC<br>ATTN PRESIDENT<br>571 UNION AVE<br>NEW WINDSOR, NY 12553-6140 | PANSTAR PROPANE<br>ATTN PRESIDENT<br>PO BOX 87<br>PINE ISLAND, NY 10969-0087 | PATTERSON BELKNAP ET AL<br>ATTN PRESIDENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6731 |
| PATTERSON MEDICAL SUPLY INC<br>ATTN PRESIDENT<br>PO BOX 21773<br>CHICAGO, IL 60673-1217 | PEARSON EDUCATION INC<br>ATTN PRESIDENT<br>PO BOX 409496<br>ATLANTA, GA 30384-9496 | PETER NEUMAN, ESQ.<br>REFEREE<br>9 BRADEN PLACE<br>CORNWALL ON HUDSON, NY 12520-1139 |
| | PETRO PLUMBING & HEATING INC<br>ATTN PRESIDENT<br>2989 US ROUTE 9W<br>NEW WINDSOR, NY 12553-5469 | PHILADELPHIA INS CO<br>ATTN PRESIDENT<br>PO BOX 70251<br>PHILADELPHIA, PA 19176-0251 |
| PITNEY BOWES GLOBAL FINANCIAL<br>ATTN PRESIDENT<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | POLLACK PAINT & FIELD<br>ATTN PRESIDENT<br>119 WOODWORTH AVE<br>YONKERS, NY 10701-2510 | PRUSMAK, A JON<br>837 SHERRY DRIVE<br>VALLEY COTTAGE, NY 10989-2203 |

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Attn: Quinette Bonds, Esq.

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville, FL 32256-6016

QUEST ENVIRONMENTAL SOLUTIONS
ATTN PRESIDENT
PO BOX 546
HOPEWELL JUNCTION, NY 12533-0546

RIDDELL/ALL AMERICAN SPORTS CO
ATTN PRESIDENT
4230 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0042

RIM PLUMBING & HEATING SUPPLY
ATTN PRESIDENT
2-8 JOHNES ST
NEWBURGH, NY 12550-6028

ROSETTA STONE LTD
ATTN PRESIDENT
135 WEST MARKET ST
HARRISONBURG, VA 22801-3710

SAILER, ROBERT
29 PADDOCK PLACE
NEWBURGH, NY 12550-3804

SATOWSKI, BERNIE
6 SPRINGHOUSE LANE
APT D
MONTGOMERY, NY 12549-1277

SCHEIN, HENRY INC
ATTN PRESIDENT
PO BOX 371952
PITTSBURGH, PA 15250-7952

SKIVINGTON, JAMES
40 MERRIEWOLD LANE SOUTH
MONROE, NY 10950-2205

SMITH, ROBERT E
281 NORTH MAIN ST
MONROE, NY 10950-2830

SOROKA, KENNY
11 FERN ST
MIDDLETOWN, NY 10940-5052

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

SUSAN C. SHEIBLE
RECEIVER OF TAXES
555 UNION AVE
NEW WINDSOR, NY 12553-6140

THOMPSON, JAMES
326 PLAINS ROAD
WALLKILL, NY 12589-3923

TIME WARNER CABLE
ATTN PRESIDENT
PO BOX 11820
NEWARK, NJ 07101-8120

TODD R. CONN, ESQ.
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598-0633

TRUSS, ARTHUR D JR
46 SCHNEIDER AVE
HIGHLAND FALLS, NY 10928-1422

Takeshi Ikemoto
Jay Sung Lee, Esq.
307 Fifth Avenue, 4th FL.
New York, NY 10016-6517

ULINE
ATTN PRESIDENT
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085-8311

UNITED AC REFRIGERATION
ATTN: PRESIDENT
299 WASHINGTON STREET
NEWBURGH, NY 12550-5432

UNUMPROVIDENT
ATTN PRESIDENT
100 NORTHFIELD DRIVE
WINDSOR, CT 06095-4730

US DEPT OF ED PMT CTR
ATTN PRESIDENT
PO BOX 10581
ATLANTA, GA 30310-0581

United States Trustee
74 Chapel Street
Albany, NY 12207-2190

VAILS GATE LAUNDRY & DRY CLEAN
ATTN PRESIDENT
PO BOX 395
VAILS GATE, NY 12584-0395

VAN DAM, DREW J JR
394 ANGOLA RD
CORNWALL, NY 12518-1002

VANGUARD INDUSTRIES EAST INC
ATTN PRESIDENT
1172 ASALEA GARDEN
NORFOLK, VA 23502-5612

VERIZON
ATTN PRESIDENT
PO BOX 15124
ALBANY, NY 12212-5124

| | | |
|---|---|---|
| Vanguard Industries East Inc.<br>Vanguard Industries West Inc.<br>2440 Impala Drive<br>Carlsbad CA 92010-7226 | WARREN LYNN LANDSCAPING<br>ATTN PRESIDENT<br>18 NORTH FOSTERTOWN DR<br>NEWBURGH, NY 12550-7710 | WEINTRAUB BROTHERS COMPANY<br>ATTN PRESIDENT<br>2695 PHILMONT AVE<br>HUNTINGDON VALLEY, PA 19006-5301 |
| WEST POINT TOURS INC TRAILWAYS<br>ATTN PRESIDENT<br>PO BOX 125<br>VAILS GATE, NY 12584-0125 | WESTON MAGAZINE INC<br>ATTN PRESIDENT<br>PO BOX 1006<br>WESTON, CT 06883-0006 | WOOTEN, ANTHONY<br>110 HEITMAN DR<br>SPRING VALLEY, NY 10977-6000 |

(