UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------------------x
In Re:                                                              CHAPTER 11
     NEW YORK MILITARY ACADEMY
                                                  CASE NO. 15-35379  CGM

                  Debtor.
-------------------------------------------------------------------x

**ORDER APPROVING SALE NOTICE PROCEDURES, BIDDING PROCEDURES AND AUCTION PROCEDURES**

**UPON** the Notice of Motion with supporting affidavit of LEWIS D. WROBEL, ESQ., attorney for the Chapter 11 debtor herein, seeking an order approving Auction Bidding Procedures and the Motion having been served upon the Creditors Committee, Counsel for Creditors Committee, the Office of the U.S. Trustee, and all creditors and parties and interest, and Cornwall Improvement, LLC having filed an objection, and the motion having regularly come on to be heard by this Court on September 24, 2015, and Lewis D. Wrobel, ESQ. appearing for the Chapter 11 debtor; Kenneth Lewis, Esq., appearing for Landmark Development Partners, LLC; Thomas Genova, Esq., appearing for Cornwall Improvement, LLC, and Eric Small, Esq., appearing for the Office of the U.S. Trustee, and the Court having considered the argument of counsel; it is

**ORDERED**, that pursuant to Sections 363 and 105 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 6004(h), the attached Sales Notice Procedures, Bidding Procedures and Auction Procedures are approved for the sale of the assets of New York Military Academy free and clear of liens, claims and encumbrances with said liens, claims and encumbrances to attach to proceeds.



**Dated: September 29, 2015**
       **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**